## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANTOINETTE M. PARKER, et al.          *

      Plaintiffs,          *

                *          Case No.:  1:05CV01782

v.                Judge Emmet G. Sullivan

GEORGE E. HOLLAND, et al.          *

      Defendants.          *

## ANSWER TO COMPLAINT

The Defendant, McDONALD'S RESTAURANT OF THE DISTRICT OF COLUMBIA, INC., by and through Counsel, and responds to Plaintiff's Complaint, respectfully submits the following:

## PARTIES

1.      The Defendant is without sufficient information to admit or deny the allegations contained in paragraph Nos. 1-4.

2.      The Defendant denies the allegations contained in Paragraph No. 5 of the Complaint.

3.      The Defendant without sufficient information to admit or deny the allegations contained in paragraph No. 6.

4.      The Defendant denies the allegations contained in Paragraph No. 7 of the Complaint.

## JURISDICTION AND VENUE

5.      The allegations contained in Paragraph Nos. 8 and 9 of the Complaint are conclusions of law of the Plaintiffs and their counsel and therefore require no answer.  If an answer is required, the allegations are denied

## STATEMENT OF FACTS

6.      The Defendant is without sufficient information to admit or deny the

allegations contained in paragraph No. 10 and therefore demands strict proof thereof.

7.  The Defendant is without sufficient information to admit or deny the allegations contained in paragraph No. 11 and therefore demands strict proof thereof.

8.  The Defendant is without sufficient information to admit or deny the allegations contained in paragraph No. 12 and therefore demands strict proof thereof.

9.  The Defendant is without sufficient information to admit or deny the allegations contained in paragraph Nos. 13 through 29 and therefore demands strict proof thereof.

10.  The Defendant denies the allegations contained in paragraph No. 30 of the Complaint.

11.  The Defendant denies the allegations contained in paragraph No. 30 of the Complaint.

## COUNT I
### (Assault)

12.  The Defendant hereby reaffirms and reincorporates by reference its Answers to Paragraphs 1 through 31 as if each were restated herein.

13.  The Defendant is without sufficient information to admit or deny the allegations contained in paragraph Nos. 33 through 40 and therefore demands strict proof thereof.

WHEREFORE, having answered the above paragraphs, the Defendant prays that Count I of this cause of action be dismissed as against it and its costs on its behalf expended.

## COUNT II
### (Assault)

14.  The Defendant hereby reaffirms and reincorporates by reference its Answers to Paragraphs 1 through 40 as if each were restated herein

15.     The Defendant is without sufficient information to admit or deny the allegations contained in paragraph Nos. 42 through 44 and therefore demands strict proof thereof.

WHEREFORE, having answered the above paragraphs, the Defendant prays that Count II of this cause of action be dismissed as against it and its costs on its behalf expended.

**COUNT III**
**(Intentional Infliction of Emotional Distress)**

16.     The Defendant hereby reaffirms and reincorporates by reference its Answers to Paragraphs 1 through 44 as if each were restated herein.

17.     The Defendant is without sufficient information to admit or deny the allegations contained in paragraph Nos. 46 and 47 and therefore demands strict proof thereof.

18.     The allegations contained in Paragraphs 48 and 49 of the Complaint are conclusions of law of the Plaintiffs and their counsel and therefore require no answer.  If an answer is required, the allegations are denied

WHEREFORE, having answered the above paragraphs, the Defendant prays that Count III of this cause of action be dismissed as against it and its costs on its behalf expended.

**COUNT IV**
**(Intentional Infliction of Emotional Distress)**

19.     The Defendant hereby reaffirms and reincorporates by reference its Answers to Paragraphs 1 through 49 as if each were restated herein.

20.     The allegations contained in Paragraph 51 of the Complaint are conclusions of law of the Plaintiffs and their counsel and therefore require no answer.  If an answer is required, the allegations are denied

WHEREFORE, having answered the above paragraphs, the Defendant prays that

Count IV of this cause of action be dismissed as against it and its costs on its behalf expended.

## COUNT V
### (Vicarious Liability)

21.    The Defendant hereby reaffirms and reincorporates by reference its Answers to Paragraphs 1 through 51 as if each were restated herein.

22.    The Defendant is without sufficient information to admit or deny the allegations contained in paragraph Nos. 53 and 54 and therefore demands strict proof thereof.

23.    The allegations contained in Paragraphs No. 55 and 56 of the Complaint are denied.

24.    The Defendant denies the allegations contained in paragraph No. 57 of the Complaint.

25.    The Defendant is without sufficient information to admit or deny the allegations contained in paragraph No. 58 and therefore demands strict proof thereof.

WHEREFORE, having answered the above paragraphs, the Defendant prays that Count V of this cause of action be dismissed as against it and its costs on its behalf expended.

## COUNT VI
### (Vicarious Liability)

26.    The Defendant hereby reaffirms and reincorporates by reference its Answers to Paragraphs 1 through 58 as if each were restated herein.

27.    The Defendant is without sufficient information to admit or deny the allegations contained in paragraph No. 60 and therefore demands strict proof thereof.

WHEREFORE, having answered the above paragraphs, the Defendant prays that Count VI of this cause of action be dismissed as against it and its costs on its behalf expended.

## COUNT VII
### (Negligent Hiring)

28.     The Defendant hereby reaffirms and reincorporates by reference its Answers to Paragraphs 1 through 60 as if each were restated herein.

29.     The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph Nos. 62 and 63 and therefore demands strict proof thereof.

30.     The allegations contained in Paragraph Nos. 64 through 66 of the Complaint are conclusions of law of the Plaintiffs and their counsel and therefore require no answer.  If an answer is required, the allegations are denied

31.     The Defendant denies the allegations contained in Paragraph No. 67 of the Complaint.

32.     The Defendant is without sufficient information to admit or deny the allegations contained in paragraph No. 68 and therefore demands strict proof thereof.

WHEREFORE, having answered the above paragraphs, the Defendant prays that Count VII of this cause of action be dismissed as against it and its costs on its behalf expended.

## COUNT VIII
### (Negligent Hiring)

33.     The Defendant hereby reaffirms and reincorporates by reference its Answers to Paragraphs 1 through 68 as if each were restated herein.

34.     The allegations contained in Paragraph 70 of the Complaint are conclusions of law of the Plaintiffs and their counsel and therefore require no answer.  If an answer is required, the allegations are denied

WHEREFORE, having answered the above paragraphs, the Defendant prays that Count VIII of this cause of action be dismissed as against it and its costs on its behalf expended.

## COUNT IX
### (Negligent Supervision)

35.    The Defendant hereby reaffirms and reincorporates by reference its Answers to Paragraphs 1 through 70 as if each were restated herein.

36.    The Defendant denies the allegations contained in Paragraph Nos. 72 through 80 of the Complaint.

WHEREFORE, having answered the above paragraphs, the Defendant prays that Count IX of this cause of action be dismissed as against it and its costs on its behalf expended.

## COUNT X
### (Negligent Supervision)

37.    The Defendant hereby reaffirms and reincorporates by reference its Answers to Paragraphs 1 through 80 as if each were restated herein

38.    The Defendant is without sufficient information to admit or deny the allegations contained in paragraph No. 82 and therefore demands strict proof thereof.

ANY allegations not specifically admitted are hereby denied.

The Defendant may rely upon Improperly named parties, Lack of Jurisdiction, Limitations of Actions, Good Faith, Lack of Tangible Right or Privilege, Plaintiffs Sole and/or Contributory Negligence, Failure to Mitigate Damages, Statute of Limitations, Assumption of Risk, Acts of a Third Party and all other affirmative defenses that may arise during the course of discovery in this matter.

WHEREFORE, having answered the above paragraphs the Defendant prays that this cause of action and Counts I through X be dismissed as against it and its costs on its behalf expended.

Respectfully submitted,

McDONALD'S  RESTAURANTS OF THE
DISTRICT OF COLUMBIA, INC.
By Counsel

_____

Thomas E. Dempsey, Esquire
DC Bar # 478712
10555 Main Street, Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via
first class mail, postage prepaid, on this _____ day of October, 2005, to:

John P. Valente, III, Esq.
8808 Old Branch Avenue
P.O. Box 219
Clinton, MD 20735
Counsel for Plaintiff

_____

Thomas E. Dempsey