UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTIONETTE M. PARKER, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Case No.: 1:05CV01782<br>Judge: Emmett G. Sullivan |
| GEORGE E. HOLLAND, LLP., et al. | * | |
| Defendants. | * | |

## LOCAL RULE 16.3 JOINT STATUS REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 16.3, and the Court's October 17, 2005 Order, the parties before the Court, by and through their respective counsel for record, respectfully submit the following Joint Status Report:

1.    The Plaintiffs allege that on or about September 15, 2004, they entered a McDonald's Restaurant located at 2228 New Yourk Avenue in the District of Columbia, for the purpose of obtaining a meal. It is their contention that they were assaulted by an employee of McDonald's and have suffered among other things intentional infliction of emotional distress. The Plaintiffs also contend that the defendants McDonald's Restaurants of the District of Columbia, Inc., Defendant McDonald's of 2228 New York, 144, DC, Inc. and McDonald's USA, LLC. were negligent in hiring and negligent in the supervision of defendant Holland.

The Defendants McDonald's Restaurants of the District of Columbia, Inc., Defendant McDonald's of 2228 New York, 144, DC, Inc. and McDonald's USA, LLC. contend they are not the properly named parties in this action. In addition, the defendants will rely upon the defenses of Lack of Jurisdiction, Limitations of Actions, Good Faith, Lack of Tangible Right or Privilege, Plaintiffs Sole and/or Contributory Negligence, Failure to Mitigate Damages, Statute of Limitations, Assumption of Risk and Acts of a Third Party.

2.    The Parties believe that all additional parties should be joined within 30 days.

3.    The Parties believe that there is a realistic possibility of settling the case.

4.    The parties are willing to have the matter referred to Alternative Dispute Resolution after discovery.

5.    Unknown.

6.    The parties believe initial disclosures can be waived.

7.     The parties submit Witness Lists should be exchanged within 60 days of the Initial Status Conference with written discovery served within 90 days of the Initial Status Conference and all discovery concluded within 120 days.

8.     The parties request that Proponent's Federal Rule of Civil Procedure 26(a)(2) Statement should be served within 90 days of the Initial Scheduling Conference.

9.     This is not a class action.

10.    The parties do not believe that Trial or discovery should be bifurcated or managed in phases.

11.    The parties agree that the Court should set a firm Trial at the Initial Scheduling Conference.

Dated: November 15, 2005

Respectfully submitted,

LAW OFFICES OF THOMAS V. MIKE MILLER, JR., P.A.

_____
/s/ John P. Valente, III., Esq.
DC Bar #22233
8808 Old Branch Avenue
Clinton, Maryland
(301) 856-3030
(301) 856-4029-Fax
Counsel for Plaintiffs


THE LAW OFFICE OF CHRISTOPHER R. COSTABILE

_____
/s/ Thomas E. Dempsey, Esquire
DC Bar # 478712
10555 Main Street
Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Counsel for Defendant McDonald's Restaurants of the District of Columbia, Inc., Defendant McDonald's of 2228 New York, 144, DC, Inc. and McDonald's USA, LLC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Local Rule 16.3 Joint Status Report. was e-filed this 15th day of November, 2005.

LAW OFFICES OF THOMAS V. MIKE MILLER, JR., P.A.
John P. Valente, III, Esq.
8808 Old Branch Avenue
Clinton, Maryland
Counsel for plaintiffs

/s/ Thomas E. Dempsey
_____
Thomas E. Dempsey

Respectfully submitted,

MCDONALD'S RESTAURANTS OF THE
DISTRICT OF COLUMBIA, INC.,
MCDONALD'S OF 2228 NEW YORK, 144, DC,
INC.,
MCDONALD'S USA, LLC.
By Counsel