IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINETTE M. PARKER, et al.** | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| vs. | * | Civil Action No.: <u>1:05 CV 01782</u> |
| | * | |
| **GEORGE E. HOLLAND, et al.** | * | |
| | * | |
| Defendants | * | |

### CONSENT MOTION TO AMEND COMPLAINT

COMES NOW, PLAINTIFFS, Antoinette M. Parker and Jason A. Parker, by and through counsel, John P. Valente, III, Thomas V. Mike Miller, Jr., P.A., pursuant to Federal Rule of Civil Procedure 15 and Local Rule 15.1, file this Consent Motion to Amend Complaint, and in support thereof state the following:

### PARTIES

1. That Plaintiffs, Antoinette M. Parker and Jason A. Parker, filed a Complaint against the above-captioned Defendants with the good faith belief said Defendants were the owners and operators of the subject McDonald's, as well as the employer of Defendant, George E. Holland, at the time of the incident which forms the basis of this lawsuit.

2. That counsel for the above-captioned Defendants, Thomas E. Dempsey, has advised that the owner and operator of the subject McDonald's and the employer of Defendant Holland at the time of the incident, which forms the basis of this lawsuit, was Rardin Enterprises, LLC, 8955 Henkels Lane, Suite 503, Annapolis Junction, Maryland 20701.

3. That Plaintiffs, with the consent of Defendants, seek leave of Court to substitute Rardin Enterprises, LLC for McDonald's Restaurants of the District of Columbia, Inc., McDonald's of 2228 New York, 144, DC, Inc., and McDonald's USA, LLC, as Defendant in this action.

4. That Plaintiffs further request, with consent of Defendants, that Defendants, McDonald's Restaurants of the District of Columbia, Inc., McDonald's of 2228 New York, 144, DC, Inc., and McDonald's USA, LLC, be dismissed, without prejudice.

5. That the claim against Rardin Enterprises, LLC, arises out of the same conduct and occurrence set forth in the original Complaint filed in the above-captioned matter.

6. That Rardin Enterprises, LLC, has adequate notice of this claim and would not be prejudiced by this Honorable Court granting Plaintiff leave of Court to substitute it as Defendant for the above-captioned Defendants.

7. That Rardin Enterprises, LLC, intends to keep Thomas E. Dempsey as its defense counsel.

8. That pursuant to Local Rule 15.1 attached to this Consent Motion is an original of the proposed pleading as amended naming Rardin Enterprises, LLC, as Defendant.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully pray:

A. That the Complaint in the above-captioned action be amended to substitute Rardin Enterprises, LLC for McDonald's Restaurants of the District of Columbia, Inc., McDonald's of 2228 New York, 144, DC, Inc., and McDonald's USA, LLC, as Defendant in this action.

B. That the above-captioned Defendants be dismissed, without prejudice.

      C.      And for such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted:

THOMAS V. MIKE MILLER, JR., P.A.

_____
John P. Valente, III
Federal Bar #: 22233
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735
(301) 856-3030
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this _____ day of November, 2005, a copy of the foregoing <u>Consent Motion to Amend Complaint</u> was sent by first class mail, postage pre-paid, to:

Thomas E. Dempsey, Esq.
10555 Main Street, Suite 400
Fairfax, Virginia 22030
(Counsel for Defendants)

_____
John P. Valente, III