IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE M. PARKER, et al. * | |
| * | |
| Plaintiffs * | |
| * | |
| vs. * | Civil Action No.: 1:05 CV 01782 |
| * | |
| GEORGE E. HOLLAND, et al. * | |
| * | |
| Defendants * | |

**ORDER**

The Consent Motion to Amend Complaint in the above-captioned case having been read and considered and the relief sought herein being just and proper, it is this _____ day of _____, 200____, by the U.S. District Court for the District of Columbia,

ORDERED, that Plaintiff's Consent Motion to Amend Complaint be, and the same is hereby GRANTED; and it is further

ORDERED, that Rardin Enterprises, LLC, be substituted for McDonald's Restaurants of the District of Columbia, Inc., McDonald's of 2228 New York, 144, DC, Inc., and McDonald's USA, LLC, as the Defendant in this action; and it is further

ORDERED, that McDonald's Restaurants of the District of Columbia, Inc., McDonald's of 2228 New York, 144, DC, Inc., and McDonald's USA, LLC, be dismissed, without prejudice, from this action.

_____
JUDGE