IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINETTE M. PARKER, et al.** | * |
| | * |
| Plaintiffs | * |
| | * |
| vs. | *   Civil Action No.: <u>1:05 CV 01782</u> |
| | * |
| **GEORGE E. HOLLAND, et al.** | * |
| | * |
| Defendants | * |

## INTERROGATORIES

TO: **RARDIN ENTERPRISES, LLC, Defendant**
c/o Thomas E. Dempsey, Esq.

FROM: **ANTOINETTE M. PARKER AND JASON A. PARKER, Plaintiffs**
c/o John P. Valente, III., Esq.

Pursuant to Federal Rule 33, you are requested to answer within thirty (30) days the following Interrogatories.

A.   These Interrogatories are continuing in nature so as to require you to file supplementary answers if you obtain further or different information before trial.

B.   Where the name of the person is requested, indicate the full name, address of home and business of such person, if known.

C.   Unless otherwise indicated, these Interrogatories refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

D.   Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agents, next friend, guardian, representatives, and unless privileged, his attorneys.

E.     The pronoun "you" refers to the party to whom these Interrogatories are addressed, and the persons mentioned in Clause D.

F.     Whenever the word "document(s)" is used herein, it is intended in its broadest sense, and includes any original, matrix, reproduction or copy of any kind, typed, recorded, graphic, printed, photostatic, written or documentary matter, but not limited to, correspondence, memoranda, notes, diaries, contracts, agreements, photographs, vouchers, invoices, billings, checks, reports, telegrams, telexes, notes of telephonic conversations, logs, log entries, reports, and/or reproductions of any and all communications by all means or recording any tangible thing, including letters, words, pictures, sounds, or symbols or combinations thereof.

1.     Please state the full name, address, employer and title of the person or persons who assisted in the preparation of the answers to these interrogatories.

2.     Were the Plaintiffs, Antoinette M. Parker and Jason A. Parker, lawfully on the premises of the McDonald's Restaurant, owned by Defendant Rardin Enterprises, LLC (hereinafter "Rardin"), and located at 2228 New York Avenue, Washington D.C., on September 15, 2004 at approximately 9:30 p.m. as business invitees?

3.     Were the Plaintiffs, Antoinette M. Parker and Jason A. Parker, involved in an incident on September 15, 2004, at approximately 9:30 p.m., at the McDonald's Restaurant located at 2228 New York Avenue, Washington, D.C. wherein Defendant George E. Holland,

an employee of the subject restaurant, subjected the Plaintiffs to vulgar and offensive comments and threatened to physically harm them with a knife?

4.     Please identify all experts whom you propose to call as witnesses at trial, and state the subject matter on which the expert is expected to testify, the substance of the findings and the opinions to which the expert is expected to testify, a summary of the grounds for each opinion, and please attach any written reports and any expert professional qualifications.

5.     Please state the names and addresses of all persons who were eye-witnesses at the scene of the incident at the time of the occurrence, and/or who arrived at the scene within two (2) hours after the occurrence. In the case of eye-witnesses, describe the location of each at the time of the occurrence. In the event that you are unable to provide a name and/or address of a person you know to have been present, please provide as much description of that person as you have.

6.     Please state exactly and in detail the substance of any conversation you or any of your employees, agents, and/or servants had with the Plaintiffs at the scene of the incident and/or at any time prior to or subsequent to the incident in question.

7.     Please set forth in detail the substance of all conversations which you or any of your employees, agents, and/or servants had or overheard at the scene of the incident, identifying the individual making each remark.

8. Please give a concise statement of the facts as to how you contend the incident, which is the subject of the Complaint, took place. If an incident report was completed subsequent to the incident, please attach a copy to your Answers.

9. Please state whether you or your attorney have or know of any photographs, videotapes, plats or diagrams made of the scene of the occurrence, objects or persons involved and, if so, state the date(s) on which same were taken or made, the name and address of the photographer and/or videographer and/or person who made the plats or diagrams, identifying the subject, object or person shown and who has possession of the same. If a videotape of the incident is in existence, please attach a copy of said videotape to your Answers.

10. Please state the names of all employees, agents and/or servants who were working on the premises of the McDonald's Restaurant located at 2228 New York Avenue, Washington, D.C., at approximately 9:30 p.m. on September 15, 2004.

11. If you contend that the Plaintiffs, or any other person, whether or not a party to this action, was negligent, assumed the risk, or contributed in any way in connection with the September 15, 2004 incident, please state in detail the facts upon which you rely, including everything that the individual(s) did, or failed to do, which contributed to the happening of the incident.

12. If you have within your control, or have knowledge of, any transcripts of proceedings arising out of the occurrence, state the date, subject matter, name and business address of each person having control of any transcripts of such proceedings.

13. Please state the name and address of any person, not herein mentioned, having personal knowledge of any facts material to this case.

14. Identify each and every document and/or photograph and/or videotape which you referred to in preparation for this trial, whether the document(s) and/or photograph(s) are intended to be used in your defense in this case.

15. Please state when Defendant Holland was hired as an employee of the McDonald's restaurant located at 2228 New York Avenue, Washington, D.C., and detail what, if any, actions were taken to investigate the background of Defendant Holland prior to his hiring as an employee of the subject McDonald's restaurant.

16. If an investigation into the background of Defendant Holland was conducted prior to his hiring, please detail any and all information that was discovered during the course of that investigation.

17. Please detail what Defendant Holland's job responsibilities were during the course of his employment with the subject McDonald's restaurant and what, if any, level of supervision there was over Defendant Holland while he was at work.

18. Please state whether Defendant Holland was entrusted with a nine (9) inch orange handled knife for use during the course of his employment with the subject McDonald's restaurant, and if so, please state the purpose for which he was entrusted with the knife.

19. If Defendant Holland was entrusted with a nine (9) inch orange handled knife for use while at work, please state what, if any, level of supervision there was over the nine (9) inch orange handled knife and the manner in which it was used while it was in Defendant Holland's possession.

20. Did any of Defendant Rardin's employees, agents and/or servants witness the incident on September 15, 2004 at approximately 9:30 p.m., wherein Defendant Holland verbally attacked the Plaintiffs and physically threatened them with a nine (9) inch orange handled knife.

21. If the answer to Interrogatory Number 20 was "yes", please identify those employees, agents and/or servants and describe in detail what, if any, attempts were made by them to stop Defendant Holland from assaulting and battering the Plaintiffs.

22. Please let the names and addresses of the person(s) responsible for supervising Defendant Holland on September 15, 2004 at approximately 9:30 p.m. at the McDonald's located at 2228 New York Avenue, Washington, D.C.

23. Please state whether Defendant Holland returned to his employment with McDonald's after the subject incident. If so, please state what days he worked following the subject incident, whether he discussed the subject incident with anyone and, if so, to whom did Defendant Holland discuss the subject incident with and what was the substance of the conversation.

THOMAS V. MIKE MILLER, JR., P.A.

_____
John P. Valente, III
Federal Bar #: 22233
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735
(301) 856-3030
Counsel for Plaintiffs