IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTOINETTE M. PARKER, et al.** | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| vs. | * | Civil Action No.: <u>1:05 CV 01782</u> |
| | * | |
| **GEORGE E. HOLLAND, et al.** | * | |
| | * | |
| Defendants | * | |

### REQUEST FOR PRODUCTION OF DOCUMENTS

TO:      **RARDIN ENTERPRISES, LLC, Defendant**
          c/o Thomas E. Dempsey, Esq.

FROM:    **ANTOINETTE M. PARKER AND JASON A. PARKER, Plaintiffs**
          c/o John P. Valente, III., Esq.

COMES NOW, Antoinette M. Parker and Jason A. Parker, Plaintiffs, by and through counsel, John P. Valente, III, THOMAS V. MIKE MILLER, JR., P.A., herein propound their first Request for Production of Documents to Defendant, Rardin Enterprises, LLC, to be responded to in accordance with the Federal Rules of Civil Procedure. Said documents are to be produced at the Law Offices of Thomas V. Mike Miller, Jr., P.A., at 8808 Old Branch Avenue, P.O. Box 219, Clinton, Maryland 20735, within thirty (30) days.

### REQUESTS

1.      Any transcribed or written statements by any persons or witnesses who have knowledge of the facts of this case, including any notes taken thereon.

2.      Any photographs or video tape pictures of the occurrence, the location involved, and the persons involved, including the negatives thereof. The original photographs

and negatives will be promptly returned after copying.

      3.      Any other documents which in any way support your defense in this incident.

      4.      Any reports rendered to or for you from anyone from whom you may endeavor to elicit any expert testimony at the time of trial.

      5.      Any and all diagrams, plats, mock ups, and/or sketches which have been made of the incident site herein.

      6.      All documents and exhibits of every nature which you intend to introduce as evidence at the trial in this matter.

      7.      Certified copies of any and all insurance policies of liability coverage including "umbrella" policies, no-fault policies, or any other form of insurance which would cover any of Plaintiffs' damages.

      8.      Any statute, code, rule or standard which you claim was violated by Plaintiffs or on which you intend to base your defense.

      9.      All documents or tangible items which are responsive to your Answers to Interrogatories.

10. A list of all employees working for you at the subject premises on or about September 15, 2004, at approximately 9:30 p.m. Include the current address and telephone number of each such employee and the location and/or department where each such employee was working on September 15, 2004, at approximately 9:30 p.m.

11. A copy of any accident/incident report pertaining to the subject accident.

12. A copy of any notes taken by any manager, assistant manager, supervisor, assistant supervisor, or any employee of Defendant, regarding the incident on September 15, 2004, at approximately 9:30 p.m.

13. A copy of any notes or documents stemming from the incident on September 15, 2004, at approximately 9:30 p.m.

14. Any and all documents or materials obtained pursuant to a subpoena or records deposition.

THOMAS V. MIKE MILLER, JR., P.A.

_____
John P. Valente, III
Federal Bar #: 22233
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735
(301) 856-3030
Counsel for Plaintiffs

Case 1:05-cv-01782-DAR   Document 12   Filed 03/03/2006   Page 4 of 4