**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ANTOINETTE M. PARKER, et al.** | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| vs. | * | Civil Action No.: <u>1:05 CV 01782</u> |
| | * | |
| **GEORGE E. HOLLAND, et al.** | * | |
| | * | |
| Defendants | * | |

**<u>ANSWERS TO INTERROGATORIES</u>**

COMES NOW, Jason Parker, Plaintiff, by and through counsel, John P. Valente, III,

THOMAS V. MIKE MILLER, JR., P.A., and in answer to the Interrogatories propounded

herein by Defendant, Rardin Enterprises, states as follows:

a.      The information supplied in these answers is not based solely on the knowledge

of the executing party, but includes the knowledge of the party's agents, representatives, and

attorney, unless privileged.

b.      The word usage and sentence structure may be that of the attorney and does not

purport to be the same language of the executing party.

1.      State your full name, social security number, date of birth, present address,

marital status and spouse's (if applicable) name and current address.

ANSWER: Jason Parker; ███████████ 4560 Strutfield Lane, Unit 1410,

Alexandria, Virginia, 22311; married; Antoinette Parker.

2.      Describe fully and completely how you allege the accident sued upon occurred,

what specific acts each Defendant did or failed to do to cause the accident, and what specific

statutes, ordinances or regulations you claim the Defendant(s) violated.

ANSWER: Objection.  This interrogatory is overbroad, vague and unduly burdensome.

Without waiving this objection, see the Complaint filed herein.

3.      State precisely and in detail all of the injuries or damages claimed by you to have

been sustained in the incident that is involved in this case.

ANSWER: During the subject incident, I was in fear for the lives of myself and my

wife, and as a result I was dizzy, nauseous and shaking.  After the incident, my wife suffered

from severe emotional distress, which led to her becoming distant from me and necessitated

professional treatment.

4.      If you received any medical treatment as a result of injuries or damages received

from the incident, please state names and addresses of all doctors or other medical practitioners

that examined or treated you, the date of each examination or treatment, and the nature of these

treatments, the date of the last treatment by the doctor or doctors, and whether or not you were

discharged at that time, the amount of money paid or owed to each doctor or medical

practitioner involved, and please attach copies of all bills and medical reports prepared by each

such doctor, dentist and/or medical practitioner received by you.

ANSWER: I did not receive any medical treatment following this incident.  My wife,

however, did receive psychiatric treatment following this incident.

5.      State the names, addresses and telephone numbers of all witnesses to the alleged

incident, injuries or any person known to you with information about the Plaintiff or the

allegations claimed in the Motion for Judgment.  State whether or not any written statements

have been taken from these witnesses, and, if so, the name and address of the person having

custody of such statement.  Identify all persons who saw, heard, or otherwise know about,

either personally and/or by their investigation, the facts complained of in this action.

ANSWER: Several employees of the McDonald's restaurant located at 2228 New York Avenue, Washington, D.C. witnessed the subject occurrence. The Plaintiff is not in possession of any written statements taken from any of the witnesses to the occurrence.

6.      If you have ever filed a lawsuit or made a claim for damages due to discrimination other than the present one pleas state the name of the suit or claim, the nature and extent of the damages claimed, the court in which it was filed or the company claim filed with, the date of filing; and the ultimate disposition of the case or claim.

ANSWER: Objection, this Interrogatory is overbroad, vague and unduly burdensome. Without waiving this objection, I can recall filing a lawsuit in 1999 against a former employer for discrimination.

7.      Identify by name, address and telephone number, each person other than eyewitnesses and medical providers whom you believe to have knowledge of or concerning your claimed injuries and the accident. For each witness, state the subject and substance of their knowledge as you know or believe it to be.

ANSWER: Police Officer Cory Kuklewski #4388, and Detective White with the Metropolitan Police Department, 5th District, 1805 Bladensburg Road, N.E., Washington, D.C., (202) 727-4510, have knowledge of the incident and how it occurred.

8.      As to each expert witness you intend to call at trial, please state the subject matter upon which the expert will testify, a summary of the facts and opinions to which the expert is expected to testify, and a summary of the grounds of each opinion; and if the expert has submitted a written report concerning the aforesaid subject matter, please attach a copy of such report.

ANSWER: None at this time.

   I DO SOLEMNLY DECLARE AND AFFIRM UNDER PENALTIES OF PERJURY THAT THE FACTS AND MATTERS STATED IN THE AFOREMENTIONED ANSWERS TO INTERROGATORIES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.


              _____

              JASON PARKER


THOMAS V. MIKE MILLER, JR., P.A.


_____

John P. Valente, III
Federal Bar #: 22233
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735
(301) 856-3030
Counsel for Plaintiff