UNITED STATES DISTRICT COURT
FOR THE US DISTRICT COURT DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE M. PARKER, et al. | * |
| Plaintiffs, | * |
| v. | *   Case No.: 1:05CV01782 (EGS) |
| | Status Conference: June 15, 2006 |
| GEORGE E. HOLLAND, et al. | * |
| Defendants. | * |

### RULE 26(a)(2) STATEMENT

The Defendant, George E. Holland, et al., by and through Counsel, and submits their Rule 26(a)(2) statement as follows:

The defendant names Dr. Bruce Smoller, M.D., a board-certified psychiatrist located at 5530 Wisconsin Avenue, #806, Chevy Chase, MD 20815, as their expert. Dr. Smoller will testify either in person or by video deposition on the basis of his training, education and experience in the field of psychiatry and the doctor's examination of the plaintiff, Ms. Antoinette M. Parker scheduled for April 21, 2006 at 10:00 a.m. Dr. Smoller will prepare a report based upon his examination and this Statement will be supplemented.

                                          Respectfully submitted,

                                          GEORGE E. HOLLAND, et al.
                                          By Counsel

 /s/ Thomas E. Dempsey
Thomas E. Dempsey, Esquire
DC Bar # 478712
10555 Main Street
Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Counsel for Defendants

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Rule 26(a)(2) Statement was e-filed this _____30th_____ day of March, 2006, to:

Mr. John P. Valente Esq.
8808 Old Branch Avenue
P.O. Box 219
Clinton, MD 20735

Counsel for Plaintiff

                                         _____/s/ Thomas E. Dempsey_____
                                         Thomas E. Dempsey