IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| ANTOINETTE M. PARKER, et al. | * |
| Plaintiffs, | * |
| v. | *   Civil Action No.:  1:05CV01782 |
| GEORGE E. HOLLAND, et al. | * |
| Defendants. | * |

## PRAECIPE

The Clerk of the Court will please strike the appearance of Thomas E. Dempsey, Esquire, and The Law Offices of Christopher R. Costabile, as counsel of record for the Defendant, Dave Rardin, Rardin Enterprises, LLC, in the above-captioned matter and will please enter the appearance of Joseph Bottiglieri, Esquire of The Law Offices of Bonner, Kiernan & Crociata as counsel for Defendant, Dave Rardin, Rardin Enterprises, LLC.

Respectfully submitted,

RARDIN ENTERPRISES, LLC
By Counsel

/s/
_____
Thomas E. Dempsey, Esquire
DC Bar # 478712
10555 Main Street, Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Counsel for Defendants

<u>CERTIFICATE OF SERVICE</u>

 I HEREBY CERTIFY that a true and correct copy of the foregoing was served via first class mail, postage prepaid, on this ___12___ day of _____September_____, 2006, to:

John P. Valente Esq.
8808 Old Branch Avenue
P.O. Box 219
Clinton, MD 20735
Counsel for Plaintiff

              _____/s/_____
              Thomas E. Dempsey