THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE M. PARKER, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:05-cv-01782-EGS |
| | * | |
| GEORGE E. HOLLAND, et al., | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF ENTRY OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of D'ANA E. JOHNSON, ESQUIRE of the law firm of BONNER KIERNAN TREBACH & CROCIATA, LLP, as co-counsel for Defendants McDonald's Corporation and McDonald's Restaurants of the District of Columbia, Inc.

DATED this 21st day of September, 2006.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

/s/   D'Ana E. Johnson
_____
D'Ana E. Johnson, Esquire (#927913)
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
(202) 712-7100 (facsimile)
**Counsel for Defendants
McDonald's Corporation and
McDonald's Restaurants of the District of Columbia,
Inc.**