THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE M. PARKER, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:05-cv-01782-EGS |
| | * | |
| GEORGE E. HOLLAND, et al., | * | |
| | * | |
| Defendants. | * | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The Parties move this Court for an Order continuing the Status Conference presently set for December 12, 2006 at 12:00 noon. As grounds for the motion, the Parties assert that they will need additional time to complete discovery. The Parties refer the Court to the attached Memorandum of Point and Authorities in support of this Motion.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Dated: December 8, 2006              /s/     D'Ana E. Johnson
D'Ana E. Johnson, Esquire (#927913)
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
**Counsel for Defendants**
**McDonald's Corporation and**
**McDonald's Restaurants of the District of Columbia, Inc.**

- and -

**THOMAS V. MIKE MILLER, JR., P.A.**

<u>        /s/ John P. Valente, III        </u>
John P. Valente, III (#22233)
8808 Old Branch Avenue
P.O. Box 219
Clinton, MD  20735
(301) 856-3030
**Counsel for Plaintiffs**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE M. PARKER, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:05-cv-01782-EGS |
| | * | |
| GEORGE E. HOLLAND, et al., | * | |
| | * | |
| Defendants. | * | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO CONTINUE STATUS CONFERENCE

In support of the Joint Motion to Continue Status Conference, the Parties submit the following statement of Points and Authorities.

1. This matter concerns an alleged assault which occurred on September 15, 2004 at approximately 10:00 p.m. while Plaintiffs were patrons of a McDonald's restaurant located at 2228 New York Avenue, N.W. in the District of Columbia. At that time, Plaintiffs allege that George Holland, an employee of the McDonald's restaurant, allegedly assaulted Plaintiffs. Additionally, it is contended that other defendants are vicariously liable for the acts of Mr. Holland and also negligently supervised Mr. Holland in the performance of his work duties.

2. New counsel for the defendants entered this case on September 21, 2006 and immediately undertook investigation to locate George Holland, who had not responded to contacts at his last known address. As the result of those investigatory efforts, Mr. Holland has now been located and will appear for deposition at a mutually convenient time. Additionally, the Parties have now located other employees who are prepared to cooperate in discovery and also to appear for deposition at times to be specified by the Parties.

3. The Parties have agreed that the conduct of this additional discovery is essential to a full assessment of this matter. This discovery will also determine whether resolution will be achieved through any mediated process or whether the case is likely to be resolved on its merits through more extensive litigation.

4. The Parties anticipate that an additional ninety (90) days will be necessary to fully complete all discovery, including assessments and any methods of alternative dispute resolution. The Parties therefore, seek an Order allowing discovery to remain open until March 23, 2007.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Dated: December 8, 2006

/s/ D'Ana E. Johnson
D'Ana E. Johnson, Esquire (#927913)
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
**Counsel for Defendants**
**McDonald's Corporation and**
**McDonald's Restaurants of the District of Columbia, Inc.**

- and -

**THOMAS V. MIKE MILLER, JR., P.A.**

/s/ John P. Valente, III
John P. Valente, III (#22233)
8808 Old Branch Avenue
P.O. Box 219
Clinton, MD 20735
(301) 856-3030
**Counsel for Plaintiffs**