THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE M. PARKER, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:05-cv-01782-EGS |
| | * | |
| GEORGE E. HOLLAND, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

Upon consideration of the Joint Motion of the Parties to Continue the Status Conference set for December 12, 2006, it is this ___ day of December, 2006

ORDERED, that the date for the Status Conference will be vacated; and it is

FURTHER ORDERED, that discovery shall be completed by March 23, 2007 and that a further Status Conference will be set for _____.

_____
Emmet J. Sullivan
United States District Judge