IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE M. PARKER, et al. | * |
| Plaintiffs | * |
| vs. | * Civil Action No.: 1:05 CV 01782 |
| GEORGE E. HOLLAND, et al. | * |
| Defendants | * |

## NOTICE OF TAKING ORAL DEPOSITION

PLEASE TAKE NOTICE that the Plaintiff, Antoinette M. Parker, et al., by and through counsel, John P. Valente, III, Thomas V. Mike Miller, Jr., P.A., will take the oral deposition of the individual(s) listed below, at the time set opposite their name, at the Law Offices of BONNER, KIERNAN, TREBACH & CROCIATA, LLP, 1233 20th Street, N.W., Suite 800, Washington, D.C. 20036, before a Notary Public or some other officer authorized by law to administer oaths, for the purpose of discovery in this action, pursuant to the Rules of Court:

| Person(s) to be Deposed | Date | Time |
|---|---|---|
| Dave Rardin | Monday, March 12, 2007 | 10:30 a.m. |
| Steve Reese | Monday, March 12, 2007 | 11:30 a.m. |
| Julia Carter | Monday, March 12, 2007 | 12:30 p.m. |

THOMAS V. MIKE MILLER, JR., P.A.

_____
John P. Valente, III
Federal Bar #: 22233
8808 Old Branch Avenue
P.O. Box 219
Clinton, MD 20735
(301) 856-3030
Counsel for Plaintiffs

Re:   Jason Parker vs. Holland, et al.

2/19/07:   Left message for Detective White

2/20/07:   Left message for Detective White

T/C Det. White — NO KNIFE RECOVERED

we need to subpoena him in order for him to answer anymore Q's.

He was not arresting officer.

He arrived @ scene after fact.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE M. PARKER, et al. | * |
| Plaintiffs | * |
| vs. | * Civil Action No.: <u>1:05 CV 01782</u> |
| GEORGE E. HOLLAND, et al. | * |
| Defendants | * |

**<u>NOTICE CONCERNING DISCOVERY MATERIAL AND
CERTIFICATE OF SERVICE</u>**

COMES NOW, Plaintiffs, by and through counsel, John P. Valente, III, Thomas V. Mike Miller, Jr., P.A., pursuant to Maryland Rule 2-401(d)(2), hereby certifies the following concerning discovery material:

1. **Type of Discovery:**
   (a) Notice of Taking Oral Depositions of Julia Carter, Dave Rardin & Steve Reese
   (b) Notice Concerning Discovery Material and Certificate of Service

2. **Date and Manner of Service:**   Facsimile and 1st Class Mail - Postage Prepaid
   March 6, 1007

3. **The Party or Person Served:**
   D'Ana E. Johnson, Esq., Bonner Kiernan Trebach & Crociata, LLP. 1233 20th Street, N.W., Suite 800, Washington, D.C. 20036 (counsel for Defendants McDonald's Corporation and McDonald's Restaurants of the District of Columbia)

Thomas V. Mike Miller, Jr., P.A.

John P. Valente, III, Fed. Bar # 22233
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735
(301) 856-3030
Counsel for Plaintiffs