THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE M. PARKER, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *  Civil Action No. 1:05-cv-01782-EGS |
| | * |
| GEORGE E. HOLLAND, et al., | * |
| | * |
| Defendants. | * |

### NOTICE OF ENTRY OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of D'ANA E. JOHNSON, ESQUIRE of the law firm of BONNER KIERNAN TREBACH & CROCIATA, LLP, as counsel for Defendant Rardin Enterprises, LLC.

DATED this 12th day of March, 2007.

        Respectfully submitted,

        **BONNER KIERNAN TREBACH &
        CROCIATA, LLP**

        _____
        D'Ana E. Johnson, Esquire (#927913)
        1233 20th Street, NW, Suite 800
        Washington, DC 20036
        (202) 712-7000
        (202) 712-7100 (facsimile)
        **Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2007, a copy of the foregoing Notice of Entry of Appearance was mailed, first-class, postage prepaid to:

John P. Valente, Esq.
Thomas V. Mike Miller, Jr., P.A.
8808 Old Branch Avenue
Clinton, Maryland 20735

D'Ana E. Johnson