UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ANTOINETTE M. PARKER, et al.,  )
                               )
                  Plaintiffs,  )
                               )
             v.                )  Civil Action No. 05-1782 (EGS)
                               )
GEORGE E. HOLLAND, et al.,     )
                               )
                  Defendants.  )
_____)
```

### ORDER

Pursuant to Local Civil Rule 73.1 and the consent of the parties given during the March 29, 2007 telephone conference, it is hereby

**ORDERED** that the above captioned case is referred to Magistrate Judge Deborah Robinson for all purposes, including trial.

**Signed:**   **Emmet G. Sullivan**
              **United States District Judge**
              **April 2, 2007**