IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTOINETTE M. PARKER,** *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:05 CV 1782-EGS |
| **GEORGE E. HOLLAND,** *et al.* | ) |
| | ) |
| Defendants. | ) |

### PRAECIPE OF DISMISSAL

Mr. Clerk, please enter this matter as settled and dismissed with prejudice as to the claims by and between Defendant McDonald's Corporation, LLC and McDonald's Restaurants of Maryland.

Respectfully Submitted,

| | |
|---|---|
| **BONNER KIERNAN TREBACH & CROCIATA, LLP** | **THOMAS V. MIKE MILLER, JR., P.A.** |
| *[signature]* | *[signature] by dep w/ consent* |
| D'Ana E. Johnson, Esquire (#927913) | John P. Valente, III, Esquire |
| 1233 20th Street, NW, Eighth Floor | Federal Bar #: 22233 |
| Washington, DC 20036 | 8808 Old Branch Avenue |
| Telephone 202-712-7000 | Clinton, Maryland 20735 |
| | Telephone 301-856-3030 |
| **Counsel for Defendants** | **Counsel for Plaintiff** |

167123-1