IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE M. PARKER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:05 CV 1782-EGS |
| GEORGE E. HOLLAND, *et al.* ) | |
| ) | |
| Defendants. ) | |

### PRAECIPE OF DISMISSAL

Mr. Clerk, please enter this matter as settled and dismissed with prejudice as to the claims by and between Defendant McDonald's Corporation, LLC and McDonald's Restaurants of Washington, D.C.

Dated: April 23, 2007

Respectfully Submitted,

| | |
|---|---|
| **BONNER KIERNAN TREBACH & CROCIATA, LLP** | **THOMAS V. MIKE MILLER, JR., P.A.** |
| *[signature]* | *[signature] /dej by consent* |
| D'Ana E. Johnson, Esquire (#927913) | John P. Valente, III, Esquire |
| 1233 20th Street, NW, Eighth Floor | Federal Bar #: 22233 |
| Washington, DC 20036 | 8808 Old Branch Avenue |
| Telephone 202-712-7000 | Clinton, Maryland 20735 |
| **Counsel for Defendants** | Telephone 301-856-3030 |
| | **Counsel for Plaintiff** |

167123-1