## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE M. PARKER, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:05-cv-01782-DAR |
| | * | |
| GEORGE E. HOLLAND, et al., | * | |
| | * | |
| Defendants. | * | |

## CONSENT MOTION TO CONTINUE COURT-ORDERED MEDIATION

COMES NOW, Defendant, Rardin Enterprises, LLC, and files this Motion to Continue the Time to Complete the Court-Ordered Mediation in this matter until September 30, 2007. As grounds for the motion, Defendant states that counsel for Defendant is in the midst of trial preparation for another matter scheduled for trial September 10, 2007. Plaintiffs' counsel consents to this Motion. Defendant refers the Court to the attached Memorandum of Point and Authorities in support of this Motion.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Dated: August 29, 2007

_____/s/_____D'Ana E. Johnson_____

D'Ana E. Johnson, Esquire (#927913)
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
**Counsel for Defendants**
**Rardin Enterprises, LLC**

1

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE M. PARKER, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:05-cv-01782-DAR |
| | * | |
| GEORGE E. HOLLAND, et al., | * | |
| | * | |
| Defendants. | * | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
## OF MOTION TO CONTINUE MEDIATION UNTIL SEPTEMBER 30, 2007

In support of Defendant's Motion to Continue Status Conference, the Parties submit the following statement of Points and Authorities.

1.      This matter concerns an alleged assault which occurred on September 15, 2004, at approximately 10:00 p.m. while Plaintiffs were patrons of a McDonald's restaurant located at 2228 New York Avenue, N.W. in the District of Columbia. At that time, Plaintiffs allege that George Holland, an employee of the McDonald's restaurant owned by Defendant Rardin Enterprises, LLC, allegedly assaulted Plaintiffs. Additionally, it is contended that Rardin Enterprises, LLC is vicariously liable for the acts of Mr. Holland and also negligently supervised Mr. Holland in the performance of his work duties.

2.      The parties mediated this case once previously, but were unable to reach a resolution. The Court has ordered that a second mediation to be completed by September 7, 2007.

3.      Counsel for Defendant is scheduled to be in trial on September 10, 2007, in D.C. Superior Court in the matter of *Miller v. Zaiter et al.*, 04CA005352, before Superior Court Judge

Alprin.  The weeks prior to trial have been taken up and will be taken up with trial and witness preparation, and due to counsel's schedule, mediation cannot be completed by September 7, 2007.

4.    Defendant requests that the court extend the time to complete mediation until September 30, 2007.  The brief extension of time will not cause an undue delay to the litigation.

5.    Plaintiffs' counsel consents to this Motion.

WHEREFORE, Defendant requests the Court enter an Order Extending the Time for the Parties to Complete Mediation until September 30, 2007.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Dated:  August 29, 2007             ____/s/____D'Ana E. Johnson_____

D'Ana E. Johnson, Esquire (#927913)
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
**Counsel for Defendant**
**Rardin Enterprises, LLC**

177260-1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Extend Time to Complete Mediation, was sent this 29th Day of August, 2007, via U.S. Mail, postage pre-paid, to:

John P. Valente, III
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735

_/s/ D'Ana E. Johnson
D'Ana E. Johnson (#927913)

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANTOINETTE M. PARKER, et al.,          *
                                       *
          Plaintiffs,                  *
                                       *
          v.                           *          Civil Action No. 1:05-cv-01782-DAR
                                       *
GEORGE E. HOLLAND, et al.,             *
                                       *
          Defendants.                  *

## ORDER

Upon consideration of the Defendant Rardin Enterprises, LLC's Consent Motion to Continue Time for Mediation until September 30, 2007, it is this _____ day of August, 2007,

ORDERED, that the date for the Parties to Complete Mediation will be continued from September 7, 2007 to September 30, 2007.

_____

Deborah A. Robinson
United States Magistrate Judge