COPY

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF COLUMBIA

3

4    ANTOINETTE M. PARKER,            )

5    ET AL.,                          )

6            Plaintiffs,         ) Civil Action No.

7            vs.                 ) 1:05 CV 01782

8    GEORGE E. HOLLAND, ET AL.,       )

9            Defendants.         )

10

11            —      —      —      —      —

12

13

14            The deposition of **ANTOINETTE PARKER** was

15    taken on Wednesday, April 12, 2006, commencing

16    at 3:22 p.m. at the offices of Thomas V. Mike

17    Miller, P.A., 8808 Old Branch Avenue, Clinton,

18    Maryland, before Judy Harrell Wallenfelt, Court

19    Reporter and Notary Public.

20

21

22            —      —      —      —      —

1    was approximately 10 to 15 feet away from the

2    entrance?

3        A.   Yes.

4        Q.   All right.  You both exited the vehicle

5    and went in the restaurant?

6        A.   Yes.

7        Q.   Okay.  And you approached the one

8    person who was serving?

9        A.   Yes.

10       Q.   Okay.

11       A.   One person.

12       Q.   And do you recall how many people were

13   in front of you in line?

14       A.   I don't remember.

15       Q.   Okay.

16       A.   Maybe one.

17       Q.   Okay.  And when was your first contact

18   with Mr. Holland?

19       A.   I didn't make any contact with him.

20       Q.   When was Mr. Holland's first contact to

21   you, or when did he -- strike that.

22            When did you first notice Mr. Holland?

1       A.    When I heard him saying, Mmm, damn.

2   Whatever comments he made --

3       Q.    Okay.

4       A.    -- that's when I noticed.

5       Q.    The comments you heard that your

6   husband made, were those accurate?

7       A.    Yes.

8       Q.    Okay.  Do you recall anything different

9   about the comments he made?

10      A.    No.

11      Q.    Okay.  Where was Mr. Holland when he

12  made these comments?

13      A.    He was in the kitchen area making food.

14      Q.    Could you see him?

15      A.    I could see him.

16      Q.    Okay.  Do you think you could describe

17  him?

18      A.    Yes.

19      Q.    Okay.  What was his appearance?

20      A.    He is a shorter man, brown skin; kind

21  of stocky, a little bit.  And I would say he is

22  about 40.

1     Q.    Okay.   African-American?

2     A.    Yes.

3     Q.    All right.   He made comments to you.

4  Where were you when he first made comments

5  towards you?

6     A.    Standing in line.

7     Q.    Okay.   How long did he make comments

8  towards you at that point?

9     A.    I don't remember.   I don't know how --

10  it was long enough.

11     Q.    All right.   Were you uncomfortable?

12     A.    Yes, I was.

13     Q.    Okay.   At that point, could you tell me

14  how you knew he was making comments towards you?

15     A.    Because he was looking dead in my face.

16     Q.    All right.

17     A.    The other people were men.

18     Q.    At the time that he was making

19  comments, did anyone from McDonald's try and

20  stop him?

21     A.    No.

22     Q.    Did they make any comments towards him?

```
 1        A.    That's correct.

 2        Q.    All right.  And his testimony is then

 3   that he was standing in line requesting a

 4   refill, at which point Mr. Holland came around

 5   from the back and approached you.  Is that

 6   correct?

 7        A.    That's correct.

 8        Q.    Okay.  During that time, from the time

 9   that he was behind the counter until the time

10   that he approached you, did he make any comments

11   towards you?

12        A.    You mean when he walked past me --

13        Q.    No, no, no, no.

14        A.    -- did he say anything?

15        Q.    Right when he was right in front of

16   you.  I know that it's your husband's testimony

17   that he made a comment as he passed you.  But

18   before that point, did he make any comments --

19        A.    No.  He was just looking me up and

20   down.

21        Q.    Okay.  When you say looking you up and

22   down, was that the entire time that he was
```

1    walking?  Was it the time that he approached

2    you?  How was it?

3        A.    As he was walking towards me, he was

4    looking at me.

5        Q.    All right.  Was there anybody near you

6    at the time?

7        A.    No.

8        Q.    All right.  Where were you standing in

9    relation to the door as he was approaching?

10       A.    I was standing about five feet from the

11   door, facing the counter.  Here is the counter.

12   Here is me.  Here is the door.

13       Q.    So you were between the counter and the

14   door?

15       A.    Right.

16       Q.    Five feet from the door?

17       A.    Right.

18       Q.    Okay.  Mr. Holland approached you.  He

19   passed you and then made another comment towards

20   you that was characterized by your husband.  Is

21   that an accurate statement?

22       A.    That's correct.

1      Q.   Okay.  Your husband also testified that

2   he was leaning against the door and looking at

3   you again.  Is that a fair characterization?

4      A.   Yes.

5      Q.   Okay.  And that at some point another

6   -- well, shortly thereafter, another patron came

7   to try and exit.  Is that your recollection?

8      A.   That's correct.

9      Q.   And then he made a comment to the

10   patron who was leaving about you.  Is that

11   correct?

12      A.   That's right.

13      Q.   And the comment that your husband made,

14   or the comment that your husband recounted, was

15   that an accurate comment?  Was that accurate?

16      A.   Yes, that was accurate.

17      Q.   All right.  And I'm referring to your

18   husband's testimony, because you were here and I

19   think it helps to shortcut this.

20          Do you recall anything different?

21      A.   No.

22      Q.   Okay.  Up until that point, his

1    recollection, is that your recollection?

2         A.    Yes.

3              MR. VALENTE:  Up to the point where

4    he's leaning on the door?

5              MR. DEMPSEY:  Up to the point that he

6    makes a comment to the patron leaving.

7              BY MR. DEMPSEY:

8         Q.    Up to the point that he makes a comment

9    to the patron leaving, your husband's recounting

10   of the incident, is that an accurate --

11        A.    Yes --

12        Q.    -- statement?

13        A.    -- it is.

14        Q.    Okay.  And again, do you recall

15   anything different?

16        A.    No.

17        Q.    All right.  At that point it's your

18   husband's testimony that he approached -- or I'm

19   sorry --- that he made a statement to the effect

20   of, Stop it, that's my wife.  Is that accurate?

21        A.    He did make that statement.

22        Q.    Okay.

```
 1       A.    Yes.

 2       Q.    All right.    Then what happened?   Do you

 3    recall?

 4       A.    Yes.   Mr. Holland went off on my

 5    husband, cursing.

 6       Q.    Okay.   All right.

 7       A.    Fuck you.   I can do whatever -- say

 8    what I want to say.

 9       Q.    Right.   Then what happened?

10       A.    I mean, it went so fast.

11       Q.    All right.

12       A.    You know, just he was going off on my

13    husband.   F you, I can say whatever I want to

14    say.   You know, and my husband said to him,

15    Look, you're going to stop talking about my wife

16    like this.

17       Q.    Okay.   Did he approach Mr. Holland?

18       A.    Yes, he did.

19       Q.    Okay.   What happened then?

20       A.    Mr. Holland was just going off on him.

21    You know, I can't remember everything he said.

22    By this time I'm just so wound up and tense.
```

1       Q.    Okay.   Where were you standing in

2    relation to Mr. Holland?

3       A.    Right by the trash can.

4       Q.    How far away was he from you?

5       A.    That was five feet.

6       Q.    Okay.   So he was standing at the door

7    and you were still standing about five feet from

8    the door?

9       A.    Right.   But when they started to get

10   into it I tried to pull my husband, because it

11   was just getting too far.

12      Q.    Right.   All right.   I believe your

13   husband testified that you got out into the

14   corridor?

15      A.    Right.

16      Q.    And it was in the corridor where

17   Mr. Holland pulled the knife?

18           MR. VALENTE:   I'm going to object, but

19   go ahead and answer if it's accurate.

20           MR. DEMPSEY:   Well, I can say, Is it

21   correct?

22           MR. VALENTE:   Yeah, well, that's

1    better.

2         BY MR. DEMPSEY:

3         Q.   Is that a correct statement?

4         A.   Yes.  Once we were -- he was in the

5    doorjamb, we were here in the corridor, I was

6    pulling my husband, and he pulled out a knife.

7         Q.   Did you see where he pulled it from?

8         A.   He pulled it from -- I was just trying

9    to get out the door.  All I saw was this, and it

10   was in his right hand.

11        Q.   Okay.  You didn't see him pull the

12   knife?

13        A.   I just -- I saw him pull the knife.  It

14   was in his right hand.  I saw the knife when it

15   got here.  Put it that way.

16        Q.   Okay.  Did you --

17        A.   My husband was in front of me.

18             MR. VALENTE:  Let the record reflect;

19   you saw when it got to the defendant's right

20   ear?

21             THE WITNESS:  I saw it like this.  This

22   is what I saw.  I'm trying to -- yes.

```
 1              BY MR. DEMPSEY:

 2         Q.    I'm saying, did you see where he pulled

 3    it from?  I'm not saying, Did you see the knife.

 4         A.    No, I didn't see where he pulled it

 5    from.

 6         Q.    Could you describe the knife?

 7         A.    Yes.  It was a long knife.  It had

 8    jagged edges.  And it was -- had an orange

 9    handle.

10         Q.    All right.  All right.  After he pulled

11    the knife, what happened?

12         A.    We were trying to get out of there.

13         Q.    I got that.  I know that was your

14    motivation.

15         A.    He started jabbing at my husband.  He

16    starting jabbing at my husband and me.  My

17    husband is doing this, trying to get out of

18    here.  My husband says, Oh, shit, he has a

19    knife.  And he's just jabbing.

20         Q.    All right.

21         A.    And he hits the window.  And we're

22    doing this and we're kind of stumbling down --
```

1    out of the door, trying to make sure that we get

2    out and that he doesn't stab us.

3        Q.    Okay.  Up to this point where you're

4    trying to get out, do you make any comment

5    towards Mr. Holland?

6        A.    No.

7        Q.    Okay.  Did you make any comment towards

8    Mr. Holland that entire evening?

9        A.    No, I did not.

10       Q.    Do you know Mr. Holland?

11       A.    No.

12       Q.    Ever seen him before?

13       A.    No.

14       Q.    All right.  Ever see anybody else in

15   that McDonald's before?

16       A.    No.

17       Q.    All right.  And the testimony from your

18   husband is that Mr. Holland is restrained at

19   some point.  Did you see him being restrained?

20       A.    I did.  I looked back.  I saw him being

21   restrained.  At that point I just ran to the

22   car.  My husband pushed me to the car.  When he

1   saw that Mr. Holland was restrained, he pulled

2   me to the car.  I did see his manager come pull

3   him.  Yes.

4       Q.  Okay.  So your husband put you in the

5   car.  Is that correct?

6       A.  Yes.  My husband put me in the car and

7   made sure the doors were locked.

8       Q.  Okay.  After you got in the car, what

9   did you do next?  What was the next thing that

10  you did?

11      A.  I was in tears.  I just sat there

12  shaking.

13      Q.  All right.  What happened next?  I'm

14  just trying to get a --

15      A.  I understand.

16      Q.  Your husband's testimony is, he got you

17  in the car, locked you in, watched Mr. Holland

18  being taken back into the store.  At some point

19  the door is locked.  That he approaches this

20  door and asks for the police.

21          I understand you're upset, but did you

22  do anything?

```
 1        A.    No.

 2        Q.    Did you ever get out of the car?

 3        A.    No, I didn't get out of the car.  I

 4   just sat there until the police came.

 5        Q.    When the police came, did you get out

 6   of the car?

 7        A.    No.

 8        Q.    Okay.  Did you talk to the police?

 9        A.    Yes, I did.

10        Q.    Okay.  Did they get in the car with

11   you, or did you roll down the window?

12        A.    I rolled down the window.

13        Q.    Okay.  And the police took your

14   statement?

15        A.    Yes.

16        Q.    Okay.  Did you ever talk to any

17   employee of McDonald's at that point?

18        A.    No.

19        Q.    All right.  And it's your husband's

20   testimony again that a detective was called.

21        A.    Yes.

22        Q.    Did you have an opportunity to talk to
```