

1

1        IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLUMBIA

3

4    ANTOINETTE M. PARKER,              )

5    ET AL.,                           )

6            Plaintiffs,               ) Civil Action No.

7            vs.                       ) 1:05 CV 01782

8    GEORGE E. HOLLAND, ET AL.,        )

9            Defendants.               )

10

11                 —    —    —    —    —

12

13

14        The deposition of **JASON PARKER** was

15   taken on Wednesday, April 12, 2006, commencing

16   at 2:20 p.m. at the offices of Thomas V. Mike

17   Miller, P.A., 8808 Old Branch Avenue, Clinton,

18   Maryland, before Judy Harrell Wallenfelt, Court

19   Reporter and Notary Public.

20

21

22                 —    —    —    —    —

1              MR. VALENTE:  You have to say "yes" or

2        "no."

3              THE WITNESS:  Yes, I was.  I apologize.

4              MR. DEMPSEY:  That's all right.

5              THE WITNESS:  Yes, I was driving the

6        car.

7              MR. DEMPSEY:  I'm fine.  I can

8        understand you, but --

9              THE WITNESS:  I apologize.

10             MR. DEMPSEY:  -- the problem is, we

11       might not be able to get it so that the court

12       reporter --

13             BY MR. DEMPSEY:

14       Q.    All right.  So you parked the car.  You

15       got out, your wife got out --

16       A.    Yes.

17       Q.    -- you went into the restaurant.

18       A.    Yes.

19       Q.    All right.  And as you entered the

20       restaurant, do you recall how many people were

21       in there; customers?

22       A.    There were a couple people in there.  I

```
 1    know there was one person in front of me, maybe

 2    two in back of me.

 3         Q.   Would you characterize it as crowded,

 4    regular, light?

 5         A.   Light, regular.

 6         Q.   Okay.  You say there was a couple

 7    people in front of you?

 8         A.   One.

 9         Q.   One person in front of you.  Do you

10    recall how many --

11              THE REPORTER:  One moment.  I'm having

12    trouble hearing you over the sirens.

13              MR. DEMPSEY:  Sure.

14              (Discussion off the record.)

15              THE REPORTER:  Carry on.  I'm sorry.

16              BY MR. DEMPSEY:

17         Q.   All right.  Do you recall how many

18    employees were working at the counter for the

19    restaurant?

20         A.   There was one person taking orders.  It

21    was a female.  There was another gentleman by

22    the fries who later introduced himself as the
```

```
1    manager.  Then there was Mr. Holland in back of

2    the lady who was taking our orders.

3        Q.   Okay.  And when you say "in back of,"

4    was he in the back fixing food or --

5        A.   Correct.

6        Q.   Okay.  So he was not taking orders?

7        A.   No, he was not.

8        Q.   And there was one person taking orders?

9        A.   Yes.

10       Q.   All right.  So your first contact with

11   any employee from McDonald's was your contact

12   with the person taking the order?

13       A.   Yes.

14       Q.   Okay.  Prior to that, prior to placing

15   your order, did Mr. Holland say anything to you?

16       A.   He didn't say anything directly to me.

17       Q.   Okay.  Did he say anything to your

18   wife?

19       A.   Yes.

20       Q.   Okay.  This is prior to your placing

21   the order?

22       A.   Correct.
```

1          Q.    This is while you were in line waiting

2     to place your order?

3          A.    Correct.

4          Q.    Okay.  Prior to the time that you were

5     in line to place your order, did Mr. Holland say

6     anything to your wife?

7          A.    Yes.

8          Q.    Okay.  All right.  Let me backtrack.

9     You entered the restaurant.

10         A.    You said prior to -- wait.  Could you

11    repeat that question?

12         Q.    Prior to placing the order --

13         A.    Oh, prior to placing the order.  Yes.

14    Yes.  We were standing in line, waiting to place

15    the order.  Yes.

16         Q.    Okay.  All right.  And then I stepped

17    back; and then prior to your -- let me step

18    back.  I will state the question again.

19              Prior to getting in line to place your

20    order, did Mr. Holland say or do anything to you

21    or your wife?

22         A.    No.

1 Q. Okay.

2 A. He was behind the counter.

3 Q. All right.  So the first contact

4 Mr. Holland had with either you or your wife was

5 while you were both in line waiting to place

6 your order.  Is that correct?

7 A. Correct.

8 Q. Okay.  All right.  All right.  Okay.

9 What was the first contact Mr. Holland had with

10 either you or your wife?

11 A. Damn.

12 Q. Okay.  All right.  That would be --

13 A. Wow.  Making sexual comments and

14 letting it be known that he found my wife

15 attractive.  And he said this in a tone where I

16 could hear it standing in front of a person

17 placing an order with the lady.

18 Q. Okay.

19 A. And he made it painfully obvious that

20 he was checking out my wife.

21 Q. Okay.  Where was he?

22 A. He was behind -- in the -- whatever

1    that workplace is, making whatever it is he was

2    making for the orders that were coming up, I

3    guess.

4        Q.    Okay.  Could you describe Mr. Holland?

5        A.    Mr. Holland is, to me, a short black

6    man, baldheaded, appeared to be 30 -- between

7    38, 40 years old.

8        Q.    Heavy, medium, light build?

9        A.    Medium to -- medium to -- medium to

10   stocky, or something like that.

11       Q.    Okay.  And you say he was shorter?

12       A.    Shorter than me.

13       Q.    All right.  Okay.  And again, what

14   precisely -- what did he say?  I heard you say,

15   "Damn."

16       A.    He was making sexual comments about my

17   -- well, he was -- he was -- he was -- Damn.

18   Mmm.  Wow.  Damn, she fine.

19       Q.    Mm-hmm.

20       A.    Things like that.

21       Q.    How long did that go on?

22       A.    From the time that we were there

1    placing the order until I asked my wife, Would

2    you please go and find a seat, because obviously

3    this guy is not going to stop saying anything

4    unless, A, I say something to him; or B, we just

5    disappear.

6        Q.   Now, how did you know that he was

7    directing it to your wife?

8        A.   Because he was staring right at her,

9    and me.

10        Q.   He wasn't staring at the individual in

11    front of you?

12        A.   No.  Because at that time that

13    individual had left, and then he started these

14    things while the individual was placing the

15    order.  The order was done.  Then it was our

16    turn to place the order.  He's still standing

17    there, staring at us and making these comments.

18        Q.   All right.  And the people behind you?

19        A.   Were men.  So I'm pretty sure he wasn't

20    talking about them --

21        Q.   All right.

22        A.   -- because he made the reference "she."

1      Q.   Okay.  Again, the comments that you

2   made, did he make any other comments?

3      A.   That he made.

4      Q.   That he made.  I'm sorry.  Let me

5   rephrase it.

6           You made the comments or you answered

7   the question that I put to you about what

8   comments he was making; and you said, "Damn" and

9   so forth and so on?

10     A.   Correct.

11     Q.   You know, for my purposes, I really

12  need to know specifically what he said.

13     A.   At that beginning instance --

14     Q.   Yes.

15     A.   -- he was making comments towards my

16  wife.  Damn.  Damn, she's fine.  Wow.  Mmm, mmm,

17  mmm.  Those type of comments.

18     Q.   Okay.

19     A.   This is a year and a half ago.  You

20  have to understand, I don't remember exactly

21  every word that came out of his mouth --

22     Q.   Right.  Right.

```
 1        A.    -- but I knew that it was disrespectful

 2    and it made me very uncomfortable, as it did my

 3    wife.  And that's what he was saying, and he was

 4    directing it -- it was obvious who those

 5    comments were for, because he was looking at us.

 6        Q.    And here's the reason I ask the

 7    question.

 8        A.    Yes.

 9        Q.    And I understand it has been a long

10    time and your recollection may not be verbatim,

11    the entire comment.

12              But what I'm trying to prevent is, if

13    that's what he said or he made comments like

14    that, that I know it and it's on the record.

15              But what I'm trying to prevent is if we

16    go down the road three, four months from now,

17    that there's an allegation that he said

18    something worse or something more.

19              Do you see what I'm saying?

20        A.    At that point in time --

21        Q.    Yeah, I'll get -- I'll get to the --

22              MR. VALENTE:   I don't want you to
```

1    repeat again.  I mean, other than what you just

2    told him, do you remember any other comments of

3    the specific nature?

4              THE WITNESS:  At that second?

5              MR. VALENTE:  At that time.

6              THE WITNESS:  No.

7              MR. DEMPSEY:  All right.  Fair enough.

8    Fair enough.

9              BY MR. DEMPSEY:

10    Q.    All right.  And you stated that that

11    went on for the time that you were there placing

12    the order until the time that you instructed

13    your wife to go find a table.  Is that correct?

14    A.    Correct.

15    Q.    Okay.  Now, had you finished placing

16    your order when she went to look for the table?

17    What was the time frame that she went to look

18    for the table?

19    A.    She went to go look for a table, and I

20    ordered the food and got the food and went to

21    the table where she was at.

22    Q.    Okay.  Could you estimate the time, how

1    long these comments went on?

2        A.    That Mr. Holland was making towards my

3    wife?

4        Q.    At that point.

5        A.    At this point?

6        Q.    Yeah.

7        A.    I'd have to say at least two -- two,

8    three, maybe four minutes --

9        Q.    Okay.

10       A.    -- while we were waiting to place our

11   order.

12       Q.    In your opinion, were those comments

13   made in such a way that other people in the

14   restaurant could hear them?

15       A.    Yes, that is my opinion.

16       Q.    Okay.  Did anyone from McDonald's to

17   your knowledge do anything at that point to stop

18   Mr. Holland from making those comments?

19       A.    No, they did not.

20       Q.    Okay.  Did they make any comment that

21   you heard to Mr. Holland?

22       A.    Did they make a comment to Mr. Holland?

1        Q.    Any other employee at McDonald's, did

2    they make any comments towards Mr. Holland?

3        A.    No, they did not.

4        Q.    Did anyone from McDonald's acknowledge

5    Mr. Holland as he was making these comments?

6        A.    The lady taking our order was just,

7    like, shaking her head.

8        Q.    Okay.  All right.

9        A.    But didn't say anything to reprimand

10    him.

11        Q.    All right.  Do you recall what your

12    order was?

13        A.    I got chicken McNuggets.

14        Q.    Mm-hmm.

15        A.    I believe my wife did, too.  I think I

16    got a double cheeseburger with no pickles.

17              MR. VALENTE:  Are you sure about the

18    "no pickles"?

19              THE WITNESS:  That's how I order them.

20              BY MR. DEMPSEY:

21        Q.    All right.  Did Mr. Holland cease

22    making his comments after your wife left?

```
1          A.    Yes.

2          Q.    All right.  Did he, at that point,

3     leave that area?

4          A.    The lady taking my order got my

5     attention when she was bringing my food to me.

6     I tried to ignore Mr. Holland as much as I

7     could; get the food, go on about my day, go meet

8     my wife.  So I wasn't really paying attention to

9     Mr. Holland once my wife left the vicinity.

10         Q.    So then you joined your wife, and you

11    all ate your dinner --

12         A.    Yes.

13         Q.    -- finished it?  During that time, was

14    there any disturbance, any problem that you

15    noted with any of the employees from McDonald's?

16         A.    No.

17         Q.    All right.  Did anyone approach you

18    from McDonald's and make any comment whatsoever?

19         A.    No.

20         Q.    All right.  Did you approach anyone

21    during that time?  Did you approach any employee

22    of McDonald's to make a complaint or otherwise
```

1    alert them of what Mr. Holland had done?

2        A.    No.

3        Q.    All right.  Okay.  Do you have any idea

4    how long it took you to finish your food?

5        A.    I would say roughly about 20 minutes.

6        Q.    Okay.  And then in the interrogatory

7    responses it's indicated -- or maybe in your

8    complaint -- it's indicated that you then went

9    to go get a refill?

10       A.    Correct.

11       Q.    Okay.  Did you leave your wife at the

12   table?

13       A.    No.

14       Q.    Okay.  What did your wife do?

15       A.    She got up.  We both walked out of the

16   dining room area.  She went by the door.

17            THE WITNESS:  Would you like me to wait

18   for this helicopter?

19            We got up, left the dining room area.

20   She went to the door, stood for me, and I went

21   to get a refill.

22            BY MR. DEMPSEY:

1      Q.    And that was at the same counter that

2   you placed your order?

3      A.    Same lady, yes.

4      Q.    Same lady?

5      A.    Mm-hmm.

6            THE REPORTER:  Same -- I'm sorry?

7            THE WITNESS:  Same counter.

8            MR. DEMPSEY:  Same lady.

9            THE REPORTER:  Same lady.  Okay.

10           THE WITNESS:  Right.

11           BY MR. DEMPSEY:

12     Q.    And you asked for a refill.  Right?

13     A.    Correct.

14     Q.    Okay.  Was Mr. Holland in the same spot

15   that he was before?

16     A.    Yes, he was.

17     Q.    Okay.  So he was behind in the work

18   area?

19     A.    Yes, he was.

20     Q.    All right.

21     A.    But this time -- oh, go ahead.

22     Q.    Okay.  You asked for a refill.  Your

1    wife was at the door.  The same door that you

2    entered?

3        A.    Correct.

4        Q.    Okay.  Was she inside or outside the

5    restaurant?

6        A.    Inside.

7        Q.    All right.  All right.  What happened

8    next?

9        A.    Well, Mr. Holland was, again, basically

10   looking at us.  He was reaching over to see

11   where my wife was positioned; and I'm sitting

12   there waiting for my Coke to be refilled, and

13   I'm watching him.  And he stops working, and he

14   comes from across the counter.

15       Q.    Okay.  Now, when you say "he comes from

16   across the counter," what do you mean?  He had

17   walked around the work area into the ordering

18   area?

19       A.    Into the ordering area, correct.

20       Q.    Okay.  So he was still behind the

21   counter?

22       A.    Correct.

```
 1        Q.    Okay.  And where was he in relation to

 2    the woman that was taking your order?

 3        A.    When?

 4        Q.    When he came around the counter.

 5        A.    When he was in plain view.

 6        Q.    No, I understand that.  But where

 7    was --

 8        A.    He never stopped walking.  He came from

 9    around the counter --

10        Q.    Okay.

11        A.    -- passed me, walked in the direction

12    towards my wife.

13        Q.    All right.  I misunderstood you.  He

14    came out from behind the work area --

15        A.    Correct.

16        Q.    -- and came out into the lobby area --

17        A.    Into the lobby area, past me.

18        Q.    -- where the customers are placing

19    their orders?

20        A.    That is correct.

21        Q.    Okay.  Walked past you --

22        A.    Correct.
```

1       Q.   -- this is coming from your left as you

2    were facing the counter, or your right?

3       A.   Left.

4       Q.   Okay.  Did he walk behind you?  in

5    front of you?

6       A.   Behind me.

7       Q.   All right.  Was he saying anything at

8    the time?

9       A.   No.

10      Q.   All right.  To your knowledge was he

11   carrying anything at the time?

12      A.   No.

13      Q.   All right.  Was he making any comments

14   towards your wife?

15      A.   When he passed me --

16      Q.   Correct.

17      A.   -- I saw him in my peripheral.  Then of

18   course my guard is up now, so I'm looking at him

19   as he's going towards my wife.

20           And as he's passing my wife, he looks

21   at her rear and makes a comment about it.  And

22   then goes and opens the door and leans against

1    the door and stares at my wife.

2        Q.    Okay.

3        A.    The comment that he made towards my

4    wife's rear end was, Damn, she phat.  Something

5    to that nature.

6        Q.    Did he say anything else?

7        A.    Did I say anything?

8        Q.    No, no, no.  Did he say anything else?

9              MR. VALENTE:  At what point?

10             BY MR. DEMPSEY:

11       Q.    From the point -- from the time that

12   you noticed him when you were making the refill

13   request all the way through the time that he

14   walked past you, walked up to your wife, made a

15   comment to her, Damn, she's phat, or whatever --

16       A.    I'm not done.  I got more to tell you.

17       Q.    I understand.  I understand.

18       A.    Yes, he did make some more comments.

19       Q.    I know.  I'm trying to take this step

20   by step.

21       A.    Understood.

22       Q.    So he gets up to the door, he leans

 1    against the door, he makes the comment that you

 2    referred to.

 3         A.    Mm-hmm.

 4         Q.    What else did he say?

 5         A.    Well, he said, Mmm, mmm, mmm.  You

 6    know, those type of comments.  Standing by the

 7    door.

 8              Another patron is walking out the

 9    restaurant.  As that patient is walking out the

10    restaurant with their food he says to that

11    patron, Man, she phat to the motherfucker, isn't

12    she.

13         Q.    Uh-huh.

14         A.    The patron looked at him like, Where is

15    that coming from?  And just walked on about --

16    he did not respond.  And at that point -- well,

17    that's --

18         Q.    Go ahead.

19         A.    -- at that point, that was a little too

20    much for me to handle.  I said, Sir, please

21    stall me out.  That is my -- that is a married

22    woman.  That's my wife.

1       Q.   Okay.  Now, so he comes around past

2    you, goes to your wife, leans against the door,

3    says --

4            MR. VALENTE:  Just listen to him.

5            BY MR. DEMPSEY:

6       Q.   -- whatever he says.  And then makes a

7    comment to the individuals leaving?

8       A.   Correct.

9       Q.   How long --

10      A.   It's one individual.

11      Q.   Okay.  One individual?

12      A.   Right.

13           MR. VALENTE:  Can I just object for one

14   thing?  If I understood his testimony, I think

15   he made the comment as he was -- the initial

16   comment to her as he was walking by her --

17           THE WITNESS:  Correct.

18           MR. VALENTE:  -- and then he got

19   situated on the door, and that's when he made

20   additional comments.  And then the -- at least

21   that's what I heard.

22           MR. DEMPSEY:  Yeah.  No, that's fine.

```
 1    Whatever the story is --
 2              THE WITNESS:  Right.  That's --
 3              MR. DEMPSEY:  -- I'm just trying to --
 4              THE WITNESS:  -- how it happened.
 5              BY MR. DEMPSEY:
 6        Q.    How long was he there at the door?
 7        A.    Oh.  At least --
 8              MR. VALENTE:  Before the comment to the
 9    patron?
10              THE WITNESS:  -- two minutes.  Okay.
11    Okay.
12              MR. DEMPSEY:  Let me try again.
13              THE WITNESS:  I would say about --
14              MR. VALENTE:  Hold on.  Stop, stop,
15    stop.  Because there's a lot of things going on
16    at specific times, so why don't we say how long
17    he was sitting at the door before he made a
18    comment to the patron.
19              MR. DEMPSEY:  That's what I'm trying --
20              MR. VALENTE:  Okay.
21              BY MR. DEMPSEY:
22        Q.    Step by step.  He walks, gets the
```

1    door -- or makes the comment as he's going to

2    the door, stands at the door.  How long is he at

3    the door from the time that he makes the comment

4    to the time that the other patron shows up?

5        A.   About a minute.

6        Q.   A minute?

7        A.   Minute and a half.  Okay.  Well, he has

8    walked across the counter, he goes past me, he

9    kind of goes past my wife.  He says, Mmm, mmm,

10   mmm.  Damn, she phat.  Stands at the door.

11           MR. VALENTE:  You've got to speak up,

12   because she's taking down what you're saying.

13           THE WITNESS:  Stands at the door.  I

14   would say that he is there for at least a minute

15   and a half.  At least a minute and a half.

16           BY MR. DEMPSEY:

17       Q.   Okay.  Now, during that time -- now,

18   keep in mind, this is before the other patron is

19   leaving --

20       A.   That's correct.

21       Q.   -- during that time did you make any

22   comments to him?

1        A.    No.

2        Q.    Okay.

3        A.    He's sitting there staring at my wife.

4        Q.    And making the comments that you've

5    already outlined?

6        A.    Correct.

7        Q.    All right.  Did you approach him during

8    that time?  This is, again, before the patron

9    shows up.

10       A.    No.  At this time I'm trying to get

11   this lady to give me my drink so we can get on

12   about our business, because I'm getting -- you

13   know, this is just too much.

14       Q.    All right.  All right.  And now we'll

15   go up to the point where the patron comes out

16   and he makes the comment that you have already

17   stated to the patron who's exiting.

18             Okay.  The patron then exits the store.

19   Is that correct?

20       A.    Correct.

21       Q.    All right.  Does the door close behind

22   him?  In other words --

1      A.    I believe that Mr. Holland was keeping

2    the door open, but he was inside the restaurant.

3      Q.    Okay.  At the point that he made the

4    comment to the other patron, did you thereafter

5    approach him?

6      A.    Yes.

7      Q.    The timing of the --

8      A.    Approach him?

9      Q.    Was there -- let me rephrase that.  I'm

10   sorry it's probably not clear.  The patron

11   leaves.  Right?

12     A.    Correct.

13     Q.    Okay.  What happens next?

14     A.    After I heard that comment, I said that

15   that was it.  I said, Sir, that's a married

16   woman.  That's my wife.  I would appreciate it

17   if you didn't speak to her in that manner.

18     Q.    Okay.  And did you make that comment

19   from where you were trying to wait for your

20   drink?

21     A.    Yes, I did.  I said it very loudly at

22   the top of my lungs, because at that point I was

1    upset.

2        Q.    Okay.  All right.  Did you hear your

3    wife make any comments?

4        A.    No.  My wife didn't say anything to

5    him.

6        Q.    Okay.  All right.  After you made that

7    comment to him, what happens?

8        A.    He said, Fuck you.  You don't know

9    where you at.  I can say whatever the fuck I

10   want to say.

11       Q.    All right.

12       A.    And that's when I -- that's when I

13   walked over in his direction.

14       Q.    Okay.  Now, from the time that he made

15   the comment to the patron, you made the comment

16   to him, then he again returned a comment towards

17   you, did that happen succinctly as a

18   conversation, or were there gaps of time?

19       A.    That happened as a conversation.

20       Q.    Okay.  And after he made his last

21   comment to you, you approached him or -- let me

22   rephrase it.  Did you ever get your Coke?

```
 1        A.   I can't remember.  I don't know.  At

 2   that point I was waiting for my Coke, and I

 3   believe --

 4            MR. VALENTE:  The question was, did you

 5   get your Coke?

 6            THE WITNESS:  I can't remember.

 7            BY MR. DEMPSEY:

 8        Q.   All right.  So then he made the

 9   comment.  The last comment that we touched on,

10   he made it to you.  Then what did you do?

11        A.   After he made the comment?

12        Q.   Mm-hmm.

13        A.   I walked over to him.

14        Q.   Okay.  And then what happened?

15        A.   I told him, Stop making these -- stop

16   making these comments about my wife.

17        Q.   Okay.  And you were addressing him?

18        A.   Correct.

19        Q.   Okay.  Then what happened?

20        A.   He said, Fuck you.  I'll say whatever

21   the fuck I want.

22        Q.   Okay.  During this time is he still
```

1    propping the door open, or leaning against the

2    door?

3        A.    Yes.

4        Q.    Okay.

5        A.    Well, he's inside the restaurant.

6    He's -- I don't -- at this time, no, because he

7    saw me coming to him.  And he's like, you know,

8    bracing himself for an argument.

9             I said, Stop making these comments

10   about my wife.  And he says, Fuck you, I'll say

11   whatever the fuck I want to say.

12           And then my wife grabs my arm; says, We

13   don't need this type of altercation or anything

14   here.  We don't need any bad things happening.

15   And she starts grabbing my arm as if to take me

16   outside the door.

17           And I am looking at him because he's

18   in a stance where he's going to do something,

19   like -- you know, he's in a stance, telling me,

20   Fuck you.  And then he said, I'll kick your ass.

21   I'll kill your motherfucking ass.

22           As he is saying this, my wife is

1    grabbing my hand out the door.  And I said, Sir,

2    you're going to stop talking about my wife in

3    this manner.  You better not -- I didn't say,

4    You better not.  I said, You will not talk to my

5    wife in this manner.  Stop talking to my wife in

6    this manner.

7            And he pulled out a knife.

8    Q.    Wait, wait, wait.

9    A.    Okay.

10   Q.    We'll get to that.

11   A.    All right.

12   Q.    I appreciate your trying to give it to

13   me in this story line.  It makes things --

14   A.    Yeah.  I'm trying to --

15   Q.    -- easy to understand, but --

16   A.    -- I'm trying to --

17           MR. VALENTE:  Let him finish.

18           THE WITNESS:  -- remember.

19           BY MR. DEMPSEY:

20   Q.    Where was your wife standing in

21   relation to --

22   A.    In front of --

1    Q.    -- Mr. Holland?

2    A.    -- in front of a trash can by the door.

3    Q.    Okay.  How much distance was there

4    between him and her?

5    A.    Four, maybe five feet.

6    Q.    Okay.  And did she remain in the same

7    place this whole period of time?

8    A.    When he started making the comments, I

9    think she moved over to the left about two more

10   feet, maybe one or two more feet, just to try to

11   ignore him --

12   Q.    Okay.

13   A.    -- from what I took from --

14   Q.    Did you observe her saying anything to

15   him?

16   A.    No.

17   Q.    All right.

18   A.    Never addressed him.

19   Q.    All right.  Never addressed him the

20   whole time you were there?

21   A.    Never.

22   Q.    Throughout the period to the time that

1    you left?

2        A.    Never.

3        Q.    All right.  And when your wife urged

4    you out the restaurant -- keep this all -- all

5    right.  All right.

6            Up to the point we last touched on

7    before you mentioned a knife -- I'm trying to

8    phrase this right.  You both left the

9    restaurant.  Okay?  I'm talking to the point

10   where you both were walking out the door?

11       A.    We didn't make it out the door yet.

12       Q.    All right.  All right.  You mentioned a

13   knife.  I thought you were out.

14       A.    We are still inside the restaurant.

15       Q.    Okay.  Then tell me what happened.

16       A.    He pulls out a knife.

17       Q.    Okay.  Where did he --

18       A.    Fuck you.  I can say whatever the fuck

19   I want to say.  Then I say, You will not make

20   these comments about my wife.

21       Q.    Okay.  That's where we left off.

22       A.    Right.

1     Q.    That's where we left off.

2           MR. VALENTE:  The question was, where

3     was he when he pulled out the knife?

4           THE WITNESS:  Inside the restaurant.

5           BY MR. DEMPSEY:

6     Q.    Okay.  Where were you in relation to

7     him when he pulled out the knife?

8     A.    In the doorjamb --

9     Q.    Okay.

10    A.    -- inside the restaurant.

11    Q.    How far away was he from you?

12    A.    He was up close and personal.

13    Q.    Meaning --

14    A.    Right on me.

15    Q.    Okay.  Less than a foot?

16    A.    A foot.  Less than a foot.  We were in

17    each -- we were in each other's face when I was

18    talking to him telling him to stop making these

19    comments about my wife.

20    Q.    Okay.

21    A.    That's when he told me he could kill

22    me, he could whip my ass.  And then when my wife

```
 1    grabbed my arm, she took my attention for one

 2    brief second.  I turned back around, he's

 3    whipping out a knife.  A long one.

 4        Q.    Okay.  Where was he getting the knife

 5    from?

 6        A.    His pocket.  Right pocket.

 7        Q.    Right-handed, right pocket?

 8        A.    Correct.

 9        Q.    All right.  What kind of knife?  How

10    long was it?

11        A.    It was a long knife with jagged edges,

12    eight or nine inches long, orange handle.

13        Q.    Okay.  Thin blade, thick blade?  In

14    other words, was it a butcher's knife?  Was it

15    a --

16        A.    It wasn't a --

17        Q.    -- carving knife?

18        A.    -- butcher's knife.  It was a long

19    jagged knife with -- it was a long knife with

20    jagged edges.

21        Q.    All right.

22        A.    Something that could rip through -- it
```

```
 1    was a long knife.
 2         Q.   With an orange handle?
 3         A.   Correct.
 4         Q.   All right.  After he pulled the knife,
 5    what happened?
 6         A.   Said, You're not so tough now, huh?
 7    Fuck you.  Nigger, I told you I could kill you.
 8              That's when I said, Oh, shit, he's
 9    got a knife.  My wife hears that and she's
10    grabbing me, and we start trying to get out
11    of the way.  He starts jabbing at me with the
12    knife, talking -- you know, talking about, I'm
13    going to kill you.
14         Q.   What do you mean, "jabbing"?
15         A.   Jabbing.  Trying to stab me with the
16    knife.
17         Q.   He couldn't reach you?  Was he -- let
18    me get --
19         A.   When I saw the knife, I backed up.  I
20    jumped.  And we were at the door where the
21    stairs come down the restaurant.
22              As he was trying to, I guess, stab me,
```

```
 1    we are stumbling down the stairs trying to get
 2    out.  He hit the wall a couple of times trying
 3    to hit me.  We stumbled down the stairs.
 4           Do you want me to continue?
 5      Q.   Well, let me backtrack.  When he was
 6    jabbing at you with this knife, you were inside
 7    the restaurant?
 8      A.   We were in the doorjamb, yes.  We
 9    were -- I would have to explain how it works.
10    You go out one door.  You're still in the
11    corridor.  And then you go out another door to
12    the outside.
13      Q.   Right.  So were you in the corridor?
14    in the restaurant?  in the doorjamb?
15      A.   At this time --
16           MR. VALENTE:  At what point?
17           MR. DEMPSEY:  At the time that he was
18    jabbing, jabbing the knife.
19           THE WITNESS:  We were in the corridor
20    going outside the restaurant.
21           BY MR. DEMPSEY:
22      Q.   Okay.  Where was he?
```

1          A.    He was in the corridor, inside the
2     restaurant.
3          Q.    Do you know if the door to the inside,
4     to the interior of the restaurant, do you know
5     if that was open or closed?
6          A.    I don't know.
7          Q.    Okay.  All right.  So he is jabbing at
8     you.  What happens next?
9          A.    He is jabbing.  We're stumbling down
10    the stairs.  I get my wife and I rush her to the
11    car.
12         Q.    Okay.  And as you said, your car was,
13    what, five parking spaces from the door?
14         A.    No.  I said it was about 10, 12 feet
15    from the door.
16         Q.    Ten to twelve feet.  Okay.  All right.
17    What happened next?
18         A.    Finally somebody grabbed his arm that
19    didn't have the knife in it, and he's still
20    jabbing at me in the air, talking about, I'm
21    going to kill you, I'm going to get you, I'm
22    going to kill you.

1    to you or Mr. Holland?

2        A.    Yes.

3        Q.    Okay.  What was that?

4        A.    The lady came to the door and said, I

5    don't know what came over him.  I don't know why

6    he was doing these things.

7            I said, Ma'am, call the police.

8        Q.    Okay.  When did that occur?

9        A.    That occurred when they restrained

10   Mr. Holland and took him inside.  When I saw

11   that Mr. Holland was inside and that the door

12   was indeed locked and that there was a lady

13   there, I asked her to call the police.

14           I wanted to make sure that I made a

15   record of what happened.  I wanted this guy

16   locked up.  This guy threatened my life,

17   threatened my wife's life, scared the hell out

18   of us.  I wanted him locked up.

19           And I asked her to call the police so I

20   could file my report.

21       Q.    Okay.  All right.  Let me backtrack.

22   You made sure that your wife was locked in the

1    car.

2         A.    Correct.

3         Q.    You had seen Mr. Holland taken back

4    into the restaurant, restrained and taken back

5    into the restaurant.

6         A.    Correct.

7         Q.    Okay.  What did you do after that?

8         A.    I went to the driver's side of my car.

9    I looked at my wife.  She was -- she was, you

10   know, I guess you would say hyperventilating or,

11   you know, crying, hysterical.  You know,

12   screaming, Get in the car and let's get out of

13   here.  You know, I'm scared.

14        And I tried to calm her down and say,

15   It's going to be okay.  I'm not going to let

16   anything happen to you.  Just hold off for one

17   second.

18        And that's when I asked -- that's when

19   I looked at the door, saw it was locked, saw he

20   was in the restaurant.  And I asked the lady

21   through the door -- because they never opened it

22   again until the police got there -- to call the

1    police.

2        Q.   Okay.  You saw that the door to the

3    restaurant was locked?

4        A.   Correct.

5        Q.   Okay.  So you talked through the door

6    to --

7        A.   Correct.

8        Q.   -- the lady?  Do you know who this lady

9    was?

10       A.   Same lady who took my order.

11       Q.   Okay.  So you --

12       A.   Same lady who was going to give me the

13   refill.

14       Q.   Okay.  I presume obviously that she was

15   an employee of McDonald's?

16       A.   She was.

17       Q.   Did you ever get her name?

18       A.   No.

19       Q.   Okay.  What did you say to her?

20       A.   I told her to call the police.

21       Q.   Anything else?

22       A.   I said I wanted to file a complaint.