DEPOSITION OF JULIA CARTER
CONDUCTED ON MONDAY, MARCH 12, 2007
Case 1:05-cv-01782-DAR   Document 30-5   Filed 09/17/2007   Page 1 of 3

1 (Pages 1 to 4)

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------x
ANTOINETTE M. PARKER, et al.:
    Plaintiffs   :
v.      : 1:05-cv-01782
GEORGE E. HOLLAND, et al.  :
    Defendants   :
-----------------------------x

    Deposition of JULIA CARTER
    Washington, D.C.
    Monday, March 12, 2007
    12:26 p.m.

Job No.: 1-99105
Pages: 1 - 82
Reported by: Linda Bahur, RPR

**Page 2**

    Deposition of JULIA CARTER, held at:
    Bonner Kiernan Trebach & Crociata, LLP
    1233 20th Street
    Suite 800
    Washington, D.C. 20036

    Pursuant to agreement, before Linda M. Bahur, Registered Professional Reporter and Notary Public of the State of Maryland.

**Page 3**

APPEARANCES
ON BEHALF OF THE PLAINTIFFS:
    WILLIAM BUTLER, ESQUIRE
    THOMAS V. MILLER, JR., P.A.
    8808 Old Branch Avenue
    P.O. Box 219
    Clinton, Maryland 20735
    (301) 856-3030

ON BEHALF OF DEFENDANT RARDIN ENTERPRISES:
    D'ANA JOHNSON, ESQUIRE
    KIERNAN, BONNER
    1233 20th Street, N.W.
    Suite 800
    Washington, D.C. 20036
    (202) 712-7000

Also present: David Rardin

**Page 4**

CONTENTS
EXAMINATION OF JULIA CARTER    PAGE
by Mr. Butler    5
by Mr. Butler (resumed)    47
by Ms. Johnson    76
by Mr. Butler    78

EXHIBITS
(No exhibits marked)

Page 5

```
 1              PROCEEDINGS
 2              JULIA CARTER
 3   having been duly sworn, testified as follows:
 4        EXAMINATION BY COUNSEL FOR THE PLAINTIFFS:
 5   BY MR. BUTLER:
 6        Q  Ms. Carter, good afternoon.
 7        A  How are you doing?
 8        Q  Good morning. My name is William Butler. I
 9   am an attorney on behalf of the Parkers in this case
10   and I'll be taking your deposition today and there's
11   just a couple rules that I go over. Number one is if
12   for some reason you don't understand my question, I
13   would just ask that you let your lawyer know or let me
14   know so that I can rephrase it or tell it to you in a
15   way that you understand it. Okay?
16        A  Okay.
17        Q  If you don't let me know that you don't
18   understand it, I'll assume you do understand it.
19        A  Okay.
20        Q  And I'll accept your answer. The second
21   thing is you do have to respond orally, which you've
22   done now twice, you've done a good job, as opposed to
23   nodding your head or shaking or shrugging. For the
24   court reporter, you have to respond orally.
25        A  Okay.
```

Page 6

```
 1        Q  Good. Your full name?
 2        A  Julia Marie Carter.
 3        Q  I'm sorry. Julia?
 4        A  Marie.
 5        Q  Marie Carter?
 6        A  Carter.
 7        Q  And how old are you?
 8        A  Forty-four.
 9        Q  And what is your current address?
10        A  2234 Bright Seat Road, B-R-I-G-H-T-S-E-A-T,
11   Apartment 101, Landover, Maryland, 20785.
12        Q  And you currently work for McDonald's?
13        A  Yes.
14        Q  What store do you work at?
15        A  2945 New York Avenue, Washington, D.C.
16        Q  Is that the same store where this incident
17   happened?
18        A  Yes, sir.
19        Q  How long have you worked at that store?
20        A  Going on four years now.
21        Q  Do you know what the date is you were hired
22   there?
23        A  12/17/03.
24        Q  And where did you work before 12/17/03?
25        A  Before that? I was at McDonald's. Then I
```

Page 7

```
 1   took a little break because I had a baby. Then I went
 2   back to McDonald's. Then I worked in a restaurant on
 3   Georgia Avenue.
 4        Q  A different restaurant?
 5        A  No. It wasn't a McDonald's. A restaurant.
 6        Q  When did you have your baby?
 7        A  I had my first child in '81.
 8        Q  Okay. So well before this incident?
 9        A  Yes.
10        MS. JOHNSON: I'm sorry. You might have cut
11   her off because after the restaurant, she worked some
12   other places before '03.
13        MR. BUTLER: Okay.
14        MS. JOHNSON: After the restaurant, where did
15   you work?
16        THE WITNESS: After?
17        MS. JOHNSON: Yes.
18        THE WITNESS: I was at Burger King, then I
19   worked for a temp agency.
20   BY MR. BUTLER:
21        Q  Before December 17, '03, how many years did
22   you work for McDonald's?
23        A  McDonald's, I worked at for two years.
24        Q  So when you were hired at the New York store
25   on December 17th of '03, you had two years' experience
```

Page 8

```
 1   working for McDonald's?
 2        A  Yes.
 3        Q  Who hired you on December 17, '03?
 4        A  David Claybrooks.
 5        Q  And as of September 15, 2004, was he still
 6   the store manager?
 7        A  Yes, sir.
 8        Q  And as of September 15, 2004, what was your
 9   position with McDonald's?
10        A  I was a swing manager.
11        Q  And what is a swing manager?
12        A  We run shifts of, well, we still like an
13   employee but we still punch the clock. We run our own
14   shift and count money.
15        Q  Are you still in that position?
16        A  Yes.
17        Q  Do you take the place of a manager if the
18   manager can't be there? Is that what the swing
19   manager does?
20        A  No, sir. We run our own ships like, for
21   example, my supervisor we have now, she give us our
22   own shift. Like I'm mostly on night shifts.
23        Q  So at night when things slow down, you would
24   be or could be the only manager in the store?
25        A  I am the only manager in the store.
```

**Page 13**

1  night, September 15, 2004, when this incident
2  happened?
3     A  Yes, sir.
4     Q  And by incident, I'm referring to between Mr.
5  Holland and the Parkers.
6     A  Yes, sir.
7     Q  And you were working as a swing manager that
8  night?
9     A  I was a manager, yes, sir.
10    Q  Do you know what your hours would have been
11  that night?
12    A  We come in from three to close.
13    Q  Okay.  And on average, what time do you
14  close?
15    A  The store close up at 11.
16    Q  Eleven p.m.  Okay.  And Mr. Holland was also
17  working that night, September 15, 2004, the night of
18  the incident?
19    A  Yes, sir.
20    Q  Do you know what his hours would have been?
21    A  He came in at four.
22    Q  Four to close?
23    A  Yes, sir.
24    Q  And that night, September 15, 2004, do you
25  know what his job would have been?

**Page 14**

1     A  He's in the grill area.
2     Q  So he's a grill worker?
3     A  Yes, sir.
4     Q  And what does the grill worker do?
5     A  Prepare food.
6     Q  And what do they use to prepare food?  What
7  sort of instrument or instruments do they use to
8  prepare the food?
9     A  We have spatulas.  That's take the meat off
10  the grill.  We have tongs to pick the meat up, put on
11  the sandwiches.
12    Q  Okay.  Anything else?
13    A  No, sir.
14    Q  Okay.
15    A  We wear gloves.
16    Q  Do they have any knives in the store?
17    A  No, sir.
18    Q  There's not any knives anywhere in the store?
19    A  All we have is plastic knives with the salads
20  with the box.
21    Q  So it's your testimony that there aren't any
22  knives in the McDonald's store whatsoever?
23    A  No, sir.  No, it's not.
24    Q  Yes, that's your testimony?
25    A  Yes.

**Page 15**

1     Q  No, there's not any knives?  Okay.  Do you
2  recall who else was working that night?
3     A  No, sir.
4     Q  Do you recall if there should have been other
5  people working that night?
6     A  There's some more people working there.
7  Yes.
8     Q  How many and what would their titles have
9  been?
10    A  One in drive-through and two in the grill
11  counting myself.
12    Q  Okay.  Counting yourself and Mr. Holland?
13    A  Yes.
14    Q  So maybe one other grill person besides Mr.
15  Holland?
16    A  Yes.
17    Q  One drive-through, this manager.  That's
18  four.
19    A  Uh-huh.
20    Q  Is that enough to run the night shift?
21    A  Yes, sir.
22    Q  Okay.  Do you recall specifically whether or
23  not there were, indeed, that night, September 15,
24  2004, yourself, Mr. Holland, we know.  Do you know if
25  there was another grill person that night?

**Page 16**

1     A  It was.
2     Q  There was?
3     A  (Nodding).
4     Q  Do you know if there was a drive-through
5  worker that night?
6     A  Yes, sir.
7     Q  Do you know if there were any other workers
8  that night other than those four?
9     A  That's it.
10    Q  And do you recall who the drive-through
11  person was?
12    A  I can't remember the name.
13    Q  Do you recall who the other grill person was?
14    A  No, sir.
15    Q  Mr. Rardin was telling me about a packet that
16  employees are given when they apply to McDonald's.
17    A  Yes.
18    Q  Were you given such a packet?
19    A  Yes.
20    Q  And does that packet have all the rules and
21  regulations of McDonald's in it?
22    A  Yes, sir.
23    Q  Okay.  And you sign a statement, I guess,
24  saying that you read and understand the whole
25  packet?