# McDonald's franchisee's policy against discrimination and harassment

This Independent McDonald's Franchisee believes in the value of a diverse workforce, equal opportunity and a workplace free from all forms of unlawful discrimination and harassment. This Independent McDonald's Franchisee does not tolerate unlawful discrimination or harassment. Employees who violate this policy will be disciplined up to and including termination.

## This Independent McDonald's Franchisee Prohibits Discrimination and Harassment

This Independent McDonald's Franchisee strongly believes that employees and applicants for employment should be treated with respect and without regard to race, color, sex, religion, national origin, age, disability, veteran status, sexual orientation or any other prohibited basis. This applies to all employment practices, including, but not limited to, recruiting, hiring, pay, performance reviews, training and development, promotions and other terms and conditions of employment. This McDonald's does not tolerate any form of harassment, joking remarks or other conduct (including verbal, non-verbal, or physical conduct) that demeans or shows hostility toward an individual based on these prohibited reasons and that creates an intimidating, hostile or offensive work environment, unreasonably interferes with an individual's work performance or otherwise adversely affects an individual's employment opportunities. Discrimination or harassment of an employee of this Independent McDonald's Franchisee, whether by another employee, customer, supplier, vendor, franchisee (or their employees), or other individuals present in the work environment, will not be tolerated.

## This Independent McDonald's Franchisee Prohibits Sexual Harassment

This Independent McDonald's Franchisee also does not tolerate any form of sexual harassment of any employee, whether male or female. Sexual harassment includes unwelcome sexual advances, requests for sexual favors and certain other verbal, non-verbal or physical conduct which is sexual or based on gender if that conduct could reasonably offend another person, whether or not such conduct was intended to offend. Examples of sexual harassment include, but are not limited to, the following:

- Verbal conduct (e.g., jokes, comments or threats relating to sexual activity, body parts, or other matters of a sexual nature).
- Non-verbal conduct (e.g., staring at a person's body in a sexually suggestive manner, sexually related gestures or motions and/or viewing or circulating sexually suggestive material, whether electronically or otherwise).
- Physical conduct (e.g., grabbing, holding, hugging, kissing, tickling, massaging, displaying private body parts, unnecessary touching or other unwelcome physical conduct).
- Making an employment decision (e.g., hiring, promotion, compensation, scheduling, performance evaluation, work or project assignment, demotion, termination, etc.) based on an employee's submission to, or rejection of, conduct of a sexual nature.
- Conduct that denigrates or shows hostility or aversion to a person because of his/her gender and creates an intimidating, hostile or offensive work environment.
- Any other conduct of a sexual nature that unreasonably interferes with another person's work performance; creates an intimidating, hostile or offensive work environment; or adversely affects another person's employment opportunities.

## Application of this Independent McDonald's Franchisee's Policy

All employees must follow this Independent McDonald's Franchisee's policy prohibiting discrimination and harassment while on this Franchisee's premises, engaging in work-related activities, company-sponsored training or other functions; and at activities that are not work-related when conduct at these activities would affect the work environment.

## Employee Recourse

Every employee has the right and is encouraged to tell any other employee of this Independent McDonald's Franchisee to stop behavior towards him/her that the employee believes to be discriminatory, harassing and/or offensive.

Produced Pursuant to Protective Order

10

**Restaurant Employees of this Independent McDonald's Franchisee.** Any restaurant employee of this independent McDonald's Franchisee below the Shift Manager level who feels subjected to discrimination or harassment should immediately report it to his/her Restaurant Manager (i.e., the highest level manager who works in the restaurant). If the employee is not comfortable bringing the concern to his/her Restaurant Manager, the employee should report his/her concern to the employee's Human Resource Representative or to the employee's Owner Operator.

**Staff Employees, Salaried Restaurant Management Employees, Manager Trainees and Hourly-Paid Shift Managers of this Independent McDonald's Franchisee:** Any Staff Employee, Salaried Restaurant Management employee, Manager Trainee or Hourly-Paid Shift Manager who feels subjected to discrimination or harassment should immediately report it to his/her Human Resources Representative or to the employee's Owner Operator.

This Independent McDonald's Franchisee investigates all reports appropriately, with sensitivity towards confidentiality. If the report has merit, this independent McDonald's Franchisee will take corrective action, including, but not limited to, disciplinary action against the offender up to and including termination.

**This Independent McDonald's Franchisee Prohibits Retaliation**

This independent McDonald's Franchisee encourages employees to report incidents of discrimination or harassment freely without fear of retaliation. This Independent McDonald's Franchisee prohibits retaliation against any employee who has made a complaint about harassment or discrimination or has cooperated in the investigation of such a complaint. Retaliation includes any employment decision or other conduct made with the intent to punish an employee for, or deter an employee from, complaining about or assisting in the investigation of discrimination or harassment. Any employee who believes he/she is being retaliated against should immediately report the situation by following the procedures as stated above in the Employee Recourse section of this policy.

**Responsibilities of Management Employees, Salaried Restaurant Management, Manager Trainees and Hourly-Paid Shift Managers of this Independent McDonald's Franchisee**

It is the responsibility of every employee to prevent discrimination and harassment. Staff Management employees, Salaried Restaurant Management, Manager Trainees and Hourly-Paid Shift Managers of this independent McDonald's Franchisee are responsible for ensuring that their restaurants or departments/work groups provide a respectful environment for all employees, customers, suppliers, vendors and other individuals present in the work environment.

**Salaried Restaurant Management Employees at or below the Assistant Manager Level, Manager Trainees, and Hourly-Paid Shift Managers of this independent McDonald's Franchisee** who witness or receive reports of discriminatory or harassing behavior, or of retaliation, are required to immediately report the incident to their Restaurant Manager (i.e., the highest level manager who works in the restaurant). If it would not be appropriate to report the concern to the Restaurant Manager (e.g., the complaint is about the Restaurant Manager) they should report it to their Human Resources Representative or their Owner Operator. Salaried Restaurant Management employees, Manager Trainees and Hourly Paid Shift Managers also are responsible for taking steps to ensure that further discrimination, harassment, or retaliation does not occur before their Restaurant Manager (or other appropriate person) is notified of the situation.

**Staff Management Employees, including Staff Employees who supervise others, or Restaurant Managers of this independent McDonald's Franchisee** who witness or receive reports of discriminatory or harassing behavior, or of retaliation, are required to immediately report the incident to their Human Resources Representative or to their Owner Operator. Staff Management employees or Salaried Restaurant Managers also are responsible for taking steps to ensure that further discrimination, harassment, or retaliation does not occur before an investigation of the matter is completed.

Produced Pursuant to Protective Order

12

Employees identified in this section who fail to fulfill their responsibilities under this policy including the reporting requirements listed above may be subject to discipline, up to and including termination.

**Customers, Suppliers, Vendors, Franchisees, and Others**

Employees of this Independent McDonald's franchisee are prohibited from discriminating against or harassing customers, suppliers, vendors, franchisees (and their employees), and other individuals present in the work environment based on race, color, sex, religion, national origin, age, disability, veteran status, sexual orientation or any other unlawful reason in the course of work-related activities, company-sponsored training, or company-related functions. This Independent McDonald's franchisee McDonald's also does not tolerate discrimination or harassment directed toward our employees by our customers, suppliers, vendors, franchisees (and their employees), or other individuals present in the work environment.

**Any Restaurant Employee of this Independent McDonald's Franchisee** who feels he/she is being discriminated against or harassed by any such individual should immediately report it to a manager on duty for assistance in handling the situation. If not satisfied with how a situation was handled by the manager on duty, promptly report the situation by following the procedures set out in the Employee Recourse section of this policy. **All other employees** who feel they are being discriminated against or harassed by any such individual should immediately report it to their immediate supervisor (unless this would not be appropriate), their Human Resources Representative or to their Owner Operator.

*The provisions of this Independent McDonald's Franchisee's policy as well as procedures and manuals that the Franchisee issues from time to time are guidelines and do not establish contractual rights between this McDonald's and any of its employees. This Independent McDonald's Franchisee is an "at-will" employer which means that employment can be terminated by the Franchisee with or without cause or prior notice, at any time. This McDonald's reserves the right to amend this policy and other policies and practices without prior notice, at any time.*

## Additional Expectation

**Solicitation.** Solicitation by employees for funds, memberships, commitment to outside organizations, or causes is prohibited on restaurant premises. No one may distribute literature or make solicitations in working areas during working time or in areas open to the public at any time. Furthermore, non-employees shall not be permitted to distribute literature or solicit our employees at any time on company property. Employees who have finished work are requested to leave the premises as soon as possible. Off-duty employees are not permitted to distribute literature, solicit, or otherwise interfere with or disturb working employees.

13

Produced Pursuant to Protective Order