IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE M. PARKER, *et al.* | \* |
| Plaintiffs | \* |
| vs. | \* Civil Case No.: **1:05 CV 1782** |
| GEORGE E. HOLLAND, *et al.* | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of Defendant Rardin Enterprises, LLC's Motion for Summary Judgment and Plaintiffs' Opposition thereto, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia;

ORDERED, that Defendant Rardin's Motion for Summary Judgment be and the same is hereby DENIED as to Counts V, VI, VII, and VIII of Plaintiffs' Amended Complaint.

_____
Deborah A. Robinson
United States Magistrate Judge