THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE M. PARKER, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:05-cv-01782-DAR |
| | * | |
| GEORGE E. HOLLAND, et al., | * | |
| | * | |
| Defendants. | * | |

## CONSENT MOTION TO CONTINUE COURT-ORDERED MEDIATION

COMES NOW, Defendant, Rardin Enterprises, LLC, and files this Motion to Continue the Time to Complete the Court-Ordered Mediation in this matter past September 30, 2007. As grounds for the motion, Defendant states that counsel for Defendant's trial schedule and coordinating schedules of all parties require that the mediation be scheduled after September 30, 2007. It is now currently scheduled for October 10, 2007. Plaintiffs' counsel consents to this Motion. Defendant refers the Court to the attached Memorandum of Point and Authorities in support of this Motion.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Dated: September 26, 2007        /s/   D'Ana E. Johnson
D'Ana E. Johnson, Esquire (#927913)
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
**Counsel for Defendants
Rardin Enterprises, LLC**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE M. PARKER, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:05-cv-01782-DAR |
| | * | |
| GEORGE E. HOLLAND, et al., | * | |
| | * | |
| Defendants. | * | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO CONTINUE MEDIATION UNTIL SEPTEMBER 30, 2007

In support of Defendant's Motion to Continue Status Conference, the Parties submit the following statement of Points and Authorities.

1. This matter concerns an alleged assault which occurred on September 15, 2004, at approximately 10:00 p.m. while Plaintiffs were patrons of a McDonald's restaurant located at 2228 New York Avenue, N.W. in the District of Columbia. At that time, Plaintiffs allege that George Holland, an employee of the McDonald's restaurant owned by Defendant Rardin Enterprises, LLC, allegedly assaulted Plaintiffs. Additionally, it is contended that Rardin Enterprises, LLC is vicariously liable for the acts of Mr. Holland and also negligently supervised Mr. Holland in the performance of his work duties.

2. The parties mediated this case once previously, but were unable to reach a resolution. The Court then ordered that a second mediation to be completed by September 7, 2007. Counsel for Defendant was scheduled to be in trial September 10, 2007 in D.C. Superior Court and therefore filed a Motion to Extend Time to Complete the Mediation until September 30, 2007. That Motion was granted by this Court on August 29, 2007.

3. Unfortunately due to the trial schedule and travel by counsel for Defendant, the parties were unable to agree on a mediation date to take place by September 30, 2007.

4. Because the mediation will not be completed by September 30, 2007, the Defendant requests the Court continue the date to complete mediation until the date of the scheduled mediation October 11, 2007.

4. The brief extension of time will not cause an undue delay to the litigation. The mediation will still take place before the scheduled Pre-trial Conference in this matter.

5. Plaintiffs' counsel consents to this Motion.

WHEREFORE, Defendant requests the Court enter an Order Extending the Time for the Parties to Complete Mediation until October 11, 2007, the date the parties have scheduled the mediation.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

Dated: September 26, 2007

/s/   D'Ana E. Johnson
D'Ana E. Johnson, Esquire (#927913)
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
**Counsel for Defendant**
**Rardin Enterprises, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Second Motion to Extend Time to Complete Mediation, was sent this 26th Day of September, 2007, via U.S. Mail, postage pre-paid, to:

John P. Valente, III
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735

                                                          /s/ D'Ana E. Johnson
                                                 D'Ana E. Johnson (#927913)

179209-1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE M. PARKER, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:05-cv-01782-DAR |
| | * | |
| GEORGE E. HOLLAND, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

Upon consideration of the Defendant Rardin Enterprises, LLC's Second Consent Motion to Continue Time for Mediation until October 11, 2007, it is this \_\_\_\_ day of September, 2007,

ORDERED, that the date for the Parties to Complete Mediation will be continued to October 11, 2007.

_____
Deborah A. Robinson
United States Magistrate Judge