THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE M. PARKER, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:05-cv-01782-DAR |
| | * | |
| GEORGE E. HOLLAND, et al., | * | |
| | * | |
| Defendants. | * | |

### DEFENDANT RARDIN ENTERPRISES LLC'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES

COMES NOW, Defendant, Rardin Enterprises, LLC, and files this Motion to Strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In support thereof, Defendant states as follows:

1. Defendant Rardin Enterprises, LLC filed its Motion for Summary Judgment on August 29, 2007.

2. On the evening of September 24, 2007, Defense counsel received a message from Plaintiffs' counsel that they had filed an Opposition to the Motion for Summary Judgment. Defendant obtained the Opposition to the Motion for Summary Judgment from PACER ECF, and learned Plaintiffs had filed the Opposition on September 17, 2007, nineteen (19) days after the Motion for Summary Judgment was filed.

6. Local Rule 7 governs the form and filing of Motions with this Court.

7. LCvR 7(b) states that after a Motion has been filed:

> [w]ithin 11 days of the date of service or at such other time the Court may direct, an opposing party shall serve and file a memorandum of points and

authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.

LCvR 7(b).

8. Plaintiff's Opposition to Defendant's Motion for Summary Judgment was filed outside the time prescribed by Rule 7(b).

WHEREFORE, Defendant Rardin Enterprises LLC requests that this Court strike the Opposition as untimely, and treat Defendant's Motion for Summary Judgment as conceded.

Dated this 1st Day of October, 2007.

Respectfully Submitted,

_____/s/ D'Ana E. Johnson_____
D'Ana E. Johnson, Esquire ( #927913)
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
(202) 712-7100 (facsimile)
**Counsel for Defendants Rardin Enterprises, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Motion to Strike, was sent this 1st Day of October, 2007, via electronic filing and U.S. Mail, postage pre-paid, to:

John P. Valente, III
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735

                                                          /s/ D'Ana E. Johnson
                                         D'Ana E. Johnson (#927913)

176937-1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE M. PARKER, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * Civil Action No. 1:05-cv-01782-DAR |
| | * |
| GEORGE E. HOLLAND, et al., | * |
| | * |
| Defendants. | * |

## ORDER

Upon consideration of the Defendant Rardin Enterprises, LLC's Motion to Strike Plaintiff's Opposition to Defendant's Motion for Summary Judgment as Untimely, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion is GRANTED.

_____
Deborah A. Robinson
United States Magistrate Judge