THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE M. PARKER, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:05-cv-01782-DAR |
| | * | |
| GEORGE E. HOLLAND, et al., | * | |
| | * | |
| Defendants. | * | |

### DEFENDANT RARDIN ENTERPRISES' MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant, Rardin Enterprises, LLC, and files this Motion for Extension of Time to File Reply to Motion for Summary Judgment. In support thereof, Defendant refers the Court to the Memorandum of Points and Authorities attached hereto and Defendant Rardin Enterprises, LLC's Reply to Motion for Summary also attached hereto as Exhibit A.

Dated this 1st Day of October, 2007.

Respectfully Submitted,

/s/ D'Ana E. Johnson
D'Ana E. Johnson, Esquire ( #927913)
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
(202) 712-7100 (facsimile)
**Counsel for Defendants Rardin Enterprises, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Motion for Extension of Time to File Reply, was sent this 1st Day of October, 2007, via electronic filing and U.S. Mail, postage pre-paid, to:

John P. Valente, III
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735

                                              /s/ D'Ana E. Johnson
                                          D'Ana E. Johnson (#927913)