THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE M. PARKER, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:05-cv-01782-DAR |
| GEORGE E. HOLLAND, et al., | * | |
| Defendants. | * | |

### DEFENDANT RARDIN ENTERPRISES' MEMORANDUM OF POINTS AND AUTHORIES TO MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Rardin Enterprises, by and through its counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and submits the following Memorandum of Points and Authorities in support of its Extension of Time to File Reply to Motion for Summary Judgment.

1. Defendant Rardin Enterprises, LLC filed its Motion for Summary Judgment on August 29, 2007.

2. Defense counsel initially discussed with Plaintiffs' counsel whether they would oppose the Motion for Summary Judgment.

3. On or about September 24, 2007, Defense counsel contacted Plaintiffs' counsel to discuss mediation in this matter and to follow up with Plaintiffs' counsel on whether they would oppose the Motion for Summary Judgment.

4. In the evening of September 24, 2007, Defense counsel received a message from Plaintiffs' counsel that they had filed an Opposition to the Motion for Summary Judgment, and had received notice electronically that defense counsel had been notified.

179451-1

5. Defendants obtained the Opposition to the Motion for Summary Judgment from PACER ECF. Once counsel learned the Opposition had been filed on September 17, 2007[1], counsel then searched her email from September 17, 2007, to present and could not locate an electronic notice from the Court that the Opposition had been filed. Defendant did not receive a paper copy of the Opposition.

6. Because counsel did not learn of the Plaintiffs' Opposition until September 24, 2007, the date a Reply was due, and did not obtain the Opposition until after that time, counsel was unable to prepare a Reply within the allotted time provided by the Rules.

7. Therefore, Defendant requests the Court grant an extension of time for Defendant to file its Reply until October 1, 2007.

8. No party will suffer any prejudice.

Respectfully Submitted,

/s/ D'Ana E. Johnson
D'Ana E. Johnson, Esquire ( #927913)
1233 20th Street, NW, Suite 800
Washington, DC 20036
(202) 712-7000
(202) 712-7100 (facsimile)
**Counsel for Defendants Rardin Enterprises, LLC**

---

[1] The Opposition had been filed 19 days after the Motion for Summary Judgment had been filed, outside the time of 11 days provided by LcvR 7(b). Defendant has filed a Motion to Strike the Opposition as untimely as well. However, in an abundance of caution, Defendant has prepared a Reply to the Opposition.

179451-1