THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE M. PARKER, et al., | * |
| Plaintiffs, | * |
| v. | *    Civil Action No. 1:05-cv-01782-DAR |
| GEORGE E. HOLLAND, et al., | * |
| Defendants. | * |

## ORDER

Upon consideration of the Defendant Rardin Enterprises, LLC's Motion for Extension of Time to File Reply and any opposition thereto, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion is GRANTED.

_____
Deborah A. Robinson
United States Magistrate Judge