**Page 89**

1  in the lobby and he was asking me where was the knife?
2  And I said, I didn't have no knife. And as he was
3  talking to me, at that time, it was two uniformed
4  police. One was standing on each side of me and they
5  taking my stuff out of my pocket.
6     Q They searched you?
7     A Yes.
8     Q Did the detective ask you any questions at
9  first?
10    A When he first, he just said Mr. Holland,
11 where the knife at? And I told him I didn't have a
12 knife and I went, I was explaining to him I was, I was
13 explaining to him what happened and he kept yelling,
14 hollering about where is the knife? Tell me where the
15 knife at. That's all he was, that's all he kept
16 saying.
17    Q Okay. When the detective spoke with you,
18 what was your behavior like?
19    A I was calm. I was calm.
20    Q You were calm and you didn't swear at all?
21    A No.
22    Q Did the detective talk to Julia?
23    A Yeah. He talked to Julia, too.
24    Q For how long?
25    A I don't know how long.

**Page 90**

1     Q Now, you indicated that Mrs. Parker, when
2  they first were in line, was dropping stuff on the
3  floor, --
4     A Yes.
5     Q -- you thought, to entice you?
6     A Yes.
7     Q After that incident of dropping three or four
8  items on the floor, did she do anything else
9  throughout the night that you perceived as being
10 enticing with you?
11    A No, because after that, she went and sat
12 down.
13    Q Okay. Just a moment, please.
14      MS. JOHNSON: Okay.
15    Q When you were hired in August 9, 2002, did
16 you --
17    A Uh-huh.
18      MS. JOHNSON: Yes?
19    Q Yes? You have to say yes.
20    A Yes.
21    Q Did you know Sulema Atkins personally?
22    A Yes.
23    Q Okay. So before she hired you, you knew who
24 she was?
25    A Yes.

**Page 91**

1     Q Okay. And how well did you know
2  Ms. Atkins?
3     A I knew her quite well because she was friends
4  with both of my sisters.
5     Q Okay. She was friends with your sisters, so
6  she knew about your problem with cocaine?
7     A Yes.
8     Q Okay. Did she know, as far as you know, did
9  she know about your, any of your -- strike that. Did
10 she know about your 1995 assault arrest?
11    A No.
12      MS. JOHNSON: Objection, foundation.
13    Q How well did Ms. Atkins know your sisters?
14      MS. JOHNSON: Objection, foundation.
15    A She know them pretty well because she worked
16 with both of them.
17    Q Would they see each other socially?
18    A I think --
19      MS. JOHNSON: Objection, foundation. Go
20 ahead.
21    A I think once, couple of times they had went
22 out and she had came over and we had a little
23 get-together, a picnic, cookout. She came over a
24 couple of times.
25    Q Now, how is it that you think Ms. Atkins knew

**Page 92**

1  about your cocaine problem?
2     A How?
3     Q Yeah. How do you think she knew?
4       MS. JOHNSON: Objection, foundation. Go
5  ahead.
6     A For one, I never kept -- I don't lie to
7  people. I never keep it from them.
8     Q Did she, did you tell her that?
9     A Yeah.
10    Q While you were interviewing?
11    A And then my sister, then she heard it from my
12 sisters. And she tried, she was trying to help me,
13 maybe support me.
14    Q What about Mr. Straybrooks, did he know about
15 it? Is that his name?
16      MS. JOHNSON: Claybrooks.
17    Q Claybrooks.
18    A Curtis? No.
19      MS. JOHNSON: David.
20    Q David Claybrooks?
21    A Oh, David?
22      MS. JOHNSON: Yes.
23    A No.
24    Q And Curtis knew?
25    A No.

DEFENDANT'S EXHIBIT A