5 (Pages 17 to 20)

17

A   I'll be glad to.
2       MS. JOHNSON:  Let me ask you this.  Can he
3   just pick up the phone and call and get what he wants
4   to know or does it have to be through you?
5       A   I have never seen any, I have never asked
6   anyone to call on my behalf.  If you are a licensee
7   and a member of a licensee organization, they will ask
8   our name, what region we are in and then they will
9   answer our questions.
10      Q   Okay.
11      MS. JOHNSON:  So we can provide you the
12   number but you won't be able to call specifically.
13   That's why I was trying to make sure you understood
14   that as well.
15      Q   Okay.  Since you first owned your first
16   McDonald's, you said in 1989, how many classes have
17   you had to attend since that time?
18      MS. JOHNSON:  Objection.  Asked and answered.
19      THE WITNESS:  I beg your pardon?
20      MS. JOHNSON:  Didn't you answer a question
21   about classes?
22      THE WITNESS:  Well, I had extensive classes
23   and study and, et cetera, before I was given the
24   opportunity to purchase a McDonald's.
25   BY MR. BUTLER:

18

1       Q   And once you purchased it --
2       A   Once you purchased it, you have ongoing
3   training.
4       Q   Right.  You said that there were subsequent
5   classes and my follow-up question to that is, you
6   know, how much training are we talking about since
7   1989?
8       A   Hundreds and hundreds of hours.
9       Q   How many hours per year, if you could give me
10   an estimate.
11      A   I don't know that I can.
12      Q   If not hours, how many times a year?  How
13   many days a year are you in classes?
14      A   I don't recall.
15      Q   Okay.  These classes are required by the
16   corporation of McDonald's?
17      A   These are not -- once you have obtained your
18   education through Hamburger University, these are
19   seminars and daily things that they put on and you are
20   required to attend and I did attend.
21      Q   Okay.
22      A   I would attend.
23      Q   Okay.  Now, you indicated that those were
24   part of the McDonald's standards and I think you said
25   that you had your own rules, Rardin Enterprises.

19

1       MS. JOHNSON:  Excuse me.  Let me object.
2   Object to the form of the question.  Go ahead.
3       Q   Now, are there different rules that you are
4   allowed to create for the way you own, operate your
5   restaurant?
6       A   I would have to say yes.  In all cases, we
7   must follow the exact principles and rules that
8   McDonald's sets forth.  In my case, I have further
9   rules that I require because I want our people to have
10   the best possible work environment.
11      Q   And what do those rules pertain to?
12      A   They pertain to the use of inappropriate
13   language, inappropriate jokes or conversation.  But
14   I'm not sure that these are, I know these are things
15   that McDonald's requires but I'll also require them
16   and I reinforce them constantly.
17      Q   So a lot of them would go through lab.  You
18   just, through your years of experience, have created
19   your own rules to help you run your restaurant.  Is
20   that fair to say?
21      A   Yes.
22      Q   You indicate in terms of who does the hiring,
23   you said the store manager or their immediate
24   supervisor or the director of operations?
25      A   Correct.

20

1       Q   Okay.  Back for that McDonald's store where
2   the incident took place, at the time of the incident,
3   September 15, 2004, who was the store manager at that
4   time?
5       A   I believe it was David Claybrooks.  Did you
6   state at the time of the incident?
7       Q   At the time of the incident.
8       A   Yes.
9       Q   Okay.  What about at the time that Mr.
10   Holland was hired?  And I can get that date for you if
11   you'd like.  I thought that was in the answers here.
12      A   I believe the young lady that --
13      Q   August 9, 2002, Mr. Holland was hired; is
14   that correct?
15      A   Correct.
16      Q   Who was the store manager at that time?
17      A   Sulema Atkins.  S-U-L-E-M-A.
18      Q   And was she still working at that store as of
19   September 15, 2004?
20      A   No.
21      Q   Was she still working for Rardin Enterprises?
22      A   Yes.
23      Q   As of September 15, 2004?
24      A   Yes.
25      Q   Did she move to a different store?

DEFENDANT'S
EXHIBIT

Case 1:05-cv-01782-DAR    Document 34-3    Filed 10/01/2007    Page 2 of 2
DEPOSITION OF DAVID RARDIN
CONDUCTED ON MONDAY, MARCH 12, 2007

6 (Pages 21 to 24)



21

1    A  Yes.
2    Q  As a store manager?
3    A  Yes.
4    Q  Which store was she working for as of
5  September 15, 2004?
6    A  If I'm not a hundred percent sure?  I believe
7  it was Conte Road.
8       MS. JOHNSON:  Okay.
9    A  I believe it was Conte Road.  I'd have to --
10      MS. JOHNSON:  You don't have to guess but if
11  you are relatively certain --
12   A  I'm relatively certain she was transferred to
13  that store.
14   Q  Does she still work for Rardin Enterprises?
15   A  No.  She is deceased.
16   Q  Do you know when she died?
17   A  Approximately a year-and-a-half ago.  I
18  believe she was killed in a car accident.
19   Q  Okay.  At the time of Mr. Holland's hire,
20  August 9, 2002, the store manager was David
21  Claybrooks.  Who would have been his immediate
22  supervisor?
23      MS. JOHNSON:  No, no, no.
24   Q  I'm sorry.
25   A  At the time of that --

22

1    Q  Right.
2    A  -- Sulema Atkins --
3    Q  Sulema Atkins, right.
4    A  -- was the store manager.
5    Q  Thank you.
6    A  She had been trained in the hiring process.
7    Q  August 9, 2002, Selena Atkins was the --
8    A  Sulema.
9    Q  Sulema Atkins was the store manager of the
10  store Mr. Holland was hired.  Who would have been her
11  immediate supervisor at that time?
12   A  I don't recall.
13   Q  Okay.  Would it have been what you would call
14  a regional manager?
15   A  No.
16   Q  It would have been, would that immediate
17  supervisor to Ms. Atkins at that time been somebody
18  who would, supervised other store managers from other
19  stores?
20   A  Yes.
21   Q  Would that individual at that time, August 9,
22  2002 -- Ms. Atkins, again, was the store manager of
23  the store in question where Mr. Holland was hired.
24  Would the immediate supervisor who you've just said
25  supervised other store managers, would he have been

23

1  the immediate supervisor for all your store managers?
2    A  No.
3    Q  How many immediate supervisors are there
4  generally?
5    A  Generally, one supervisor can, adequate, can
6  supervise four stores.
7    Q  So depending on how many stores you have at
8  any given time will depend on how many immediate
9  supervisors you need?
10   A  Correct.
11   Q  Okay.  Now, the director of operations, how
12  many director of operations are there?
13   A  One.
14   Q  And who is that?
15      MS. JOHNSON:  When?
16   Q  As of August 9, 2002.
17   A  Steve Reese.  Steven Reese.
18   Q  And he's here today?
19   A  Yes.
20   Q  How long has he been with Rardin Enterprises?
21   A  Since May 20, 1991.
22   Q  Okay.  Well, let me ask you.  As of August 9,
23  2002, for this store, can I refer to it as the New
24  York Ave. store?
25   A  Yes.

24

1    Q  Is that the only one on New York Ave. that
2  you own?
3    A  Yes.
4    Q  As of August 9, 2002 in the New York Ave.
5  store, who would have been responsible for the hiring
6  of employees?  Would it have been just the store
7  manager, their immediate supervisor or the director of
8  operations?
9    A  Yes.
10   Q  That's it?  Okay.
11   A  No one else has the authority to hire.
12   Q  So it would have been Ms. Atkins or her
13  immediate supervisor who you do not recall or Steve
14  Reese?
15   A  Correct.
16   Q  Okay.  The classes you've attended over the
17  years, do they also teach you about security?
18   A  Absolutely.
19   Q  So we have hiring and security.  They
20  probably teach you about supplies?
21   A  Food safety.
22   Q  Building maintenance?
23   A  Yes.  Could you be more specific about
24  supplies?
25   Q  Just how you get your burgers and toilet