**Page 5**

1    PROCEEDINGS
2 Thereupon ---
3         STEVEN REESE
4 having been duly sworn, testified as follows:
5    EXAMINATION BY COUNSEL FOR THE PLAINTIFFS:
6 BY MR. BUTLER:
7    Q  It's Mr. Reese?
8    A  Yes.
9    Q  You've already been sworn in; is that
10 correct?
11    A  Yes.
12    Q  Okay.  And just a couple things.  I'm going
13 to ask you some questions here and if you don't
14 understand anything I'm saying, just ask me to repeat
15 the question.  Okay?
16    A  Okay.
17    Q  If you don't, I'll assume you understand my
18 question and accept your answer.
19    A  Okay.
20    Q  Okay.  That's it.  Rule number two, you have
21 to answer orally for the reporter.
22    A  Okay.
23    Q  So yes or no.  No heads of the head or
24 shrugs.  Okay?  What is your title with, let's see,
25 Rardin Enterprises?

**Page 6**

1    A  Director of Operations.
2    Q  And how long have you been Director of
3 Operations?
4    A  Since 1993.
5    Q  And what stores does that cover for Rardin --
6 what McDonald's stores does that cover for Rardin
7 Enterprises?
8    A  We have a store at 13th and F Street in D.C.
9    Q  I guess I should say did it cover the New
10 York store the whole time, the New York Ave. store?
11    A  Yes, it did.
12    Q  Up until --
13    A  Well, from the time that we got the store,
14 yes, until it was sold.  Yes.
15    Q  And I think we had the dates of that earlier.
16 December of '04 is when it was sold.
17    A  Right.
18    Q  I think it was acquired in 1989 if I'm not
19 mistaken.
20    A  '98.
21    Q  1998?
22    A  Yes.
23    Q  Okay.  So from 1998 to December of 2004, you
24 were Director of Operators for the New York Ave.
25 store?

**Page 7**

1    A  That's correct.
2    Q  And at that time, you would have been the
3 Director of Operations at the time that Mr. Holland
4 was working there which we think was August of 2002 up
5 until the date of the incident, September 15, 2004?
6    A  Yes.
7    Q  Okay.  And at the time that he was hired,
8 which was, we think, August 9th of 2002, the
9 supervisor at the New York Ave. store or the, I should
10 say the store manager of the New York Ave. store was
11 Sulema Atkins?
12    A  Yes.  I believe that to be correct.
13    Q  Do you recall who her immediate supervisor
14 was?
15    A  I would have been her immediate supervisor.
16    Q  As Director of Operations?
17    A  For that store, yes.
18    Q  I thought there was another level of
19 management in between the store manager and the
20 director of operations.
21    A  Not always.
22    Q  Not always?  Okay.  So at that time in August
23 of 2002, there was a store manager, Ms. Atkins, and
24 you were her immediate supervisor and Direct of
25 Operations for the New York Ave. store and that's when

**Page 8**

1 Mr. Holland was hired.  Is all of that correct?
2    A  I believe.  I don't know the date for sure
3 myself but I do believe that sounds correct.
4    Q  Now as Director of Operations, what are your
5 duties?
6    A  Well, my job is to, my first job is to make
7 sure people, our people, our employees are taken care
8 of properly.  If that's taken care of, then our
9 customer is taken care of properly and then we don't
10 have so many worries.
11    Q  Do you handle any of the hiring?
12    A  I would say very little.
13    Q  That's left up to the store manager?
14    A  Yes.
15    Q  Do you know who hired Mr. Holland in August
16 of '02?
17    A  No.  I'm not -- no, I don't know.
18    Q  Is that something you could find out?
19    A  Possibly.
20    Q  How would you find that out?
21    A  I would have to see the folder.
22    Q  Okay.  I think we have the folder here which
23 we previously marked as Exhibit 2 which I'm going to
24 hand you.
25    A  I don't see any indication of who hired him

DEFENDANT'S EXHIBIT