Page 5

```
 1      PROCEEDINGS
 2          JULIA CARTER
 3   having been duly sworn, testified as follows:
 4       EXAMINATION BY COUNSEL FOR THE PLAINTIFFS:
 5   BY MR. BUTLER:
 6      Q  Ms. Carter, good afternoon.
 7      A  How are you doing?
 8      Q  Good morning.  My name is William Butler.  I
 9   am an attorney on behalf of the Parkers in this case
10   and I'll be taking your deposition today and there's
11   just a couple rules that I go over.  Number one is if
12   for some reason you don't understand my question, I
13   would just ask that you let your lawyer know or let me
14   know so that I can rephrase it or tell it to you in a
15   way that you understand it.  Okay?
16      A  Okay.
17      Q  If you don't let me know that you don't
18   understand it, I'll assume you do understand it.
19      A  Okay.
20      Q  And I'll accept your answer.  The second
21   thing is you do have to respond orally, which you've
22   done now twice, you've done a good job, as opposed to
23   nodding your head or shaking or shrugging.  For the
24   court reporter, you have to respond orally.
25      A  Okay.
```

Page 6

```
 1      Q  Good.  Your full name?
 2      A  Julia Marie Carter.
 3      Q  I'm sorry.  Julia?
 4      A  Marie.
 5      Q  Marie Carter?
 6      A  Carter.
 7      Q  And how old are you?
 8      A  Forty-four.
 9      Q  And what is your current address?
10      A  2234 Bright Seat Road, B-R-I-G-H-T-S-E-A-T,
11   Apartment 101, Landover, Maryland, 20785.
12      Q  And you currently work for McDonald's?
13      A  Yes.
14      Q  What store do you work at?
15      A  2945 New York Avenue, Washington, D.C.
16      Q  Is that the same store where this incident
17   happened?
18      A  Yes, sir.
19      Q  How long have you worked at that store?
20      A  Going on four years now.
21      Q  Do you know what the date is you were hired
22   there?
23      A  12/17/03.
24      Q  And where did you work before 12/17/03?
25      A  Before that?  I was at McDonald's.  Then I
```

Page 7

```
 1   took a little break because I had a baby.  Then I went
 2   back to McDonald's.  Then I worked in a restaurant on
 3   Georgia Avenue.
 4      Q  A different restaurant?
 5      A  No.  It wasn't a McDonald's.  A restaurant.
 6      Q  When did you have your baby?
 7      A  I had my first child in '81.
 8      Q  Okay.  So well before this incident?
 9      A  Yes.
10         MS. JOHNSON:  I'm sorry.  You might have cut
11   her off because after the restaurant, she worked some
12   other places before '03.
13         MR. BUTLER:  Okay.
14         MS. JOHNSON:  After the restaurant, where did
15   you work?
16         THE WITNESS:  After?
17         MS. JOHNSON:  Yes.
18         THE WITNESS:  I was at Burger King, then I
19   worked for a temp agency.
20   BY MR. BUTLER:
21      Q  Before December 17, '03, how many years did
22   you work for McDonald's?
23      A  McDonald's, I worked at for two years.
24      Q  So when you were hired at the New York store
25   on December 17th of '03, you had two years' experience
```

Page 8

```
 1   working for McDonald's?
 2      A  Yes.
 3      Q  Who hired you on December 17, '03?
 4      A  David Claybrooks.
 5      Q  And as of September 15, 2004, was he still
 6   the store manager?
 7      A  Yes, sir.
 8      Q  And as of September 15, 2004, what was your
 9   position with McDonald's?
10      A  I was a swing manager.
11      Q  And what is a swing manager?
12      A  We run shifts of, well, we still like an
13   employee but we still punch the clock.  We run our own
14   shift and count money.
15      Q  Are you still in that position?
16      A  Yes.
17      Q  Do you take the place of a manager if the
18   manager can't be there?  Is that what the swing
19   manager does?
20      A  No, sir.  We run our own ships like, for
21   example, my supervisor we have now, she give us our
22   own shift.  Like I'm mostly on night shifts.
23      Q  So at night when things slow down, you would
24   be or could be the only manager in the store?
25      A  I am the only manager in the store.
```

DEFENDANT'S EXHIBIT D