THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE M. PARKER, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:05-cv-01782-DAR |
| GEORGE E. HOLLAND, et al., | * | |
| Defendants. | * | |

## ORDER

Upon consideration of the Defendant Rardin Enterprises, LLC's Motion for Summary Judgment and any opposition thereto, it is this \_\_\_\_ day of _____, 2007,

ORDERED, that Defendant's Motion for Summary Judgment is GRANTED as to Counts V, VI, VII and VIII of Plaintiffs' Amended Complaint..

---

Deborah A. Robinson
United States Magistrate Judge