THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTOINETTE M. PARKER, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 1:05-cv-01782-EGS |
| | * | |
| GEORGE E. HOLLAND, et al., | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF ENTRY OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of FELICITY A. MCGRATH, ESQUIRE of the law firm of BONNER KIERNAN TREBACH & CROCIATA, LLP, as co-counsel for Defendant Rardin Enterprises, LLC.

D'ANA E. JOHNSON, ESQUIRE of the law firm of BONNER KIERNAN TREBACH & CROCIATA, LLP, will continue to serve as counsel.

DATED this 2nd day of October, 2007.

        Respectfully submitted,

        **BONNER KIERNAN TREBACH & CROCIATA, LLP**

           /s/   Felicity A. McGrath
        Felicity A. McGrath, Esquire (#457511)
        1233 20th Street, NW, Suite 800
        Washington, DC 20036
        (202) 712-7000
        (202) 712-7100 (facsimile)
        **Counsel for Defendant**
        **Rardin Enterprises, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2ndt Day of October, 2007, a true and correct copy of the following was served, via e-filing to the following counsel of record:

James B. Melton, Esq.
708 South Battlefield Boulevard
P.O. Box 16408
Chesapeake, Virginia 23328-6408
Co-counsel for Plaintiff

Allen J. Gordon, Esq.
1553 South Military Highway
P.O. Box 1756
Chesapeake, Virginia 23327
Co-counsel for Plaintiff

Warren H. Britt, Esq.
Anne C. Byrne, Esq.
Warren H. Britt, P.C.
10800 Midlothian Turnpike, Suite 105
Richmond, VA 23235

Felicity A. McGrath  #41708

179469-1