IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE M. PARKER, *et al.* | * |
| Plaintiffs | * |
| vs. | * Civil Case No.: **1:05 CV 1782** |
| GEORGE E. HOLLAND, *et al.* | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' PRETRIAL STATEMENT

In accordance with LCvR 16.5 Plaintiffs' Antoinette Parker and Jason Parker (hereinafter referred to as "Plaintiffs) by and through their counsel John P. Valente, III, Thomas V. Mike Miller, Jr., PA, hereby submit the following Pretrial Statement and states as follows:

**A.   Statement of the Case**

On or about September 15, 2004, Plaintiffs, Antoinette and Jason Parker (hereinafter "Plaintiffs"), entered the McDonald's restaurant located at 2228 New York Avenue, Washington, DC, which at the time, was owned by Defendant, Rardin Enterprises, LLC (hereinafter "Defendant Rardin"), for the purpose of obtaining a meal. Shortly thereafter, Defendant, George Holland (hereinafter "Defendant Holland"), an employee of Rardin Enterprises, LLC, made loud and profane comments to Plaintiffs, threatened their lives and assaulted them with a nine (9) inch, orange-handled knife, which he pulled out from underneath his McDonald's uniform.

Plaintiffs filed suit in Federal Court pursuant to 28 U.S.C. §1332, because the matter in controversy exceeds the value of Seventy Five Thousand and 00/100 Dollars ($75,000.00) and is between citizens of two (2) different states. Plaintiffs allege Defendant Rardin is liable to Plaintiffs on the grounds of Negligent Hiring, Negligent Supervision and Vicarious Liability because of the conduct of their employee, Defendant Holland, and the circumstances surrounding his attack on the Plaintiffs.

**B.    Statement of Claims Made by Plaintiff**

Plaintiffs claim that Defendants George Holland and Rardin Enterprises, LLC are liable for Assault, Intentional Infliction of Emotional Distress, Vicarious Liability, Negligent Hiring, and Negligent Supervision.

**C.    Statement of Defendant's Defenses**

Defendant Rardin Enterprises denies all contentions of negligent on its part. Defendant Rardin Enterprises further asserts that they employed reasonable business practices in making the decision to hire Mr. Holland.

Defendant Holland denies attacking Plaintiffs' with knife at the McDonald's Restaurant but Defendant Holland does admit that he made lewd and inappropriate comments about Mrs. Parker's physique.

**D.    Scheduled of witnesses to be called by Plaintiffs'**

   a. Jason Parker- 1 hour; will testify to the occurrence on September 15, 2004 at the McDonald's owned by Defendant Rardin Enterprises, LLC, and his economic and non-economic damages sustained as a result of the incident.
   b. Antoinette Parker- 1 hour; will testify to the occurrence on September 15, 2004 at the McDonald's owned by Defendant Rardin Enterprises, LLC, and his economic and non-economic damages sustained as a result of the incident.
   c. George Holland- 15 mins; will testify his employment with Defendant Rardin Enterprises and to the occurrence on September 15, 2004 at the McDonald's owned by Defendant Rardin Enterprises, LLC.
   d. Detective Michael White- 15 mins; may be called to testify about the subject

       incident
   e. Bruce Smoller, M.D.- 30 mins.; Dr. Smoller will testify consistent with his IME.
   f. Yona Joseph, LCSW- 1 hour; will testify to consistent with the treatment rendered to Plaintiff Antoinette Parker.
   g. David Rardin- 15 mins.; will testify regarding the restaurant policies and procedures, including hiring, discipline and discharge. He will also testify with regard to the location of the restaurant and his position within the organization.
   h. Steven Reese- 10 mins; will testify that Defendant Rardin did not do a background check before employing Defendant Holland.
   i. Plaintiffs' further reserve the right to call as witnesses any individuals identified as witnesses in any other parties' pretrial statement.
   j. Plaintiffs further reserve the right to supplement list upon reasonable notice upon the other parties.

**E.** **Exhibits**

   a. Rardin Enterprises Policies and Procedures
   b. George Holland's personnel profile
   c. Curriculum Vitae of Bruce Smoller, M.D.
   d. Counseling records and bills of Yona Joseph, LCSW
   e. Photographs of scene
   f. Plaintiffs reserve the right to introduce at trial any documents, records or tangible things identified as exhibits by the other parties not objected to by Plaintiffs at the time of its introduction.
   g. Plaintiffs reserve the right to supplement this exhibit list upon reasonable notice upon the other parties.
   h. Plaintiffs reserve the right to introduce additional exhibits for purposes of impeachment.

**F.** **Designations of Depositions to be offered in evidence by Plaintiffs**

Plaintiffs reserve the right to offer the deposition testimony of any of the various witnesses deposed should the witness become unavailable or by consent of the parties to the presentation of the testimony. Plaintiffs further intend to use the transcripts of all depositions taken in this action for purposes for rebuttal and/or impeachment. The following depositions, or portions thereof, may be offered at trial:

   a. Antoinette Parker
   b. Jason Parker
   c. Michael White
   d. George Holland
   e. David Rardin
   f. Julia Carter
   g. Steven Reese
   h. Yona Joseph, LCSW

G. **Itemization of Damages**

    a. Economic Damages ($770.00 for medical expenses incurred by Plaintiff, Antoinette Parker)
    b. Non- Economic damages for both Plaintiffs, Antoinette and Jason Parker

H. **Requested Relief Sought by Plaintiff**

A monetary Award compensating Plaintiffs for injuries, economic damages and non-economic damages.

THOMAS V. MIKE MILLER, JR., P.A.

_____
John P. Valente, III
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735
(301) 856-3030
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of October, 2007, a copy of the foregoing Pretrial Statement was sent by first class mail, postage pre-paid, to: D'Ana E. Johnson, Esq., 1233 20th Street, NW, Suite 800, Washington, DC 20036 (counsel for Defendants)

_____
John P. Valente, III