IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE M. PARKER, *et al.* | * |
| Plaintiffs | * |
| vs. | * Civil Case No.: **1:05 CV 1782** |
| GEORGE E. HOLLAND, *et al.* | * |
| Defendants | * |

## PLAINTIFFS' OPPOSITION TO DEFENDANT RARDIN'S MOTION TO STRIKE PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Plaintiffs, Antoinette and Jason Parker, by and through their counsel, John P. Valente, III, Thomas V. Mike Miller, Jr., P.A., who files this Opposition to Defendant Rardin's Motion to Strike Plaintiff's Opposition to Defendant Rardin's Motion for Summary Judgment.

As grounds in support thereof, Plaintiffs respectfully refers this Honorable Court to the accompanying Memorandum of Points and Authorities in Opposition to Defendant Rardin's Motion to Strike.

Respectfully submitted,

THOMAS V. MIKE MILLER, JR., P.A.

John P. Valente, III (ID #: 22233)
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735
(301) 856-3030
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE M. PARKER, *et al.* | * |
| | * |
| Plaintiffs | * |
| | * |
| vs. | * Civil Case No.: **1:05 CV 1782** |
| | * |
| GEORGE E. HOLLAND, *et al.* | * |
| | * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT RARDIN'S MOTION TO STRIKE

COMES NOW, the Plaintiffs, Antoinette and Jason Parker, by and through their counsel, John P. Valente, III, Thomas V. Mike Miller, Jr. P.A., who submits the following Memorandum of Points and Authorities in support of their Opposition to Defendant Rardin's Motion to Strike:

1. That on May 4, 2007, this Court held a Scheduling Conference before Magistrate Judge Deborah A. Robinson.

2. That Counsel for Defendant Rardin Enterprises, LLC, was present at that scheduling conference, along with Plaintiff's Counsel.

3. That Magistrate Judge Deborah A. Robinson specifically asked both counsel if any dispositive motions would be filed in the above-referenced matter.

4. That both counsel represented to this Court that no dispositive motions would be filed in this matter, and therefore, this Honorable Court did not set any deadlines for filing dispositive motions.

5. That on August 29, 2007, Defense Counsel for Rardin Enterprises LLC filed a Motion for Summary Judgment, notwithstanding the representation to this Court that no dispositive motions would be filed.

6. That on September 17, 2007, Plaintiffs' filed an Opposition to Defendant Rardin's Motion for Summary Judgment.

7. That Plaintiffs' were not anticipating such a Motion in light of Defendant's representation that no dispositive motions would be filed.

8. This Court is not bound by the eleven (11) day suggested time for filing an opposition and this Court has sole discretion as to whether it will consider Plaintiffs' Opposition to Defendant Rardin's Motion for Summary Judgment.

9. That given the surprise of the Motion, the voluminous amount of deposition transcript and records that needed to be reviewed to properly respond to Defendant's Motion for Summary Judgment and counsel for Plaintiffs' litigation calendar, Plaintiffs' were unable to adequately respond to Defendant's Motion for Summary Judgment within eleven (11) days.

10. That no party will suffer any prejudice if this Court considers Plaintiffs' Opposition to Defendant Rardin's Motion for Summary Judgment.

11. That Plaintiffs will suffer irreparable harm if this Court considers Defendant Rardin's Motion for Summary Judgment conceded.

Wherefore, Plaintiff requests that this Court deny Defendant Rardin's Motion to Strike Plaintiff's Opposition to Defendant Rardin's Motion for Summary Judgment.

Respectfully submitted,

THOMAS V. MIKE MILLER, JR., P.A.

_____
John P. Valente, III (ID #: 22233)
8808 Old Branch Avenue
P.O. Box 219
Clinton, Maryland 20735
(301) 856-3030
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of October, 2007, a copy of the foregoing Opposition to Defendant Rardin's Motion to Strike Plaintiff's Opposition to Defendant Rardin's Motion for Summary Judgment was sent by first class mail, postage pre-paid, to: D'Ana E. Johnson, Esq., 1233 20th Street, NW, Suite 800, Washington, DC 20036 (counsel for Defendants)

_____
John P. Valente, III