IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE M. PARKER, *et al.* | * |
| Plaintiffs | * |
| vs. | * Civil Case No.: **1:05 CV 1782** |
| GEORGE E. HOLLAND, *et al.* | * |
| Defendants | * |

*******************************************************************

## ORDER

Upon consideration of Plaintiff's Opposition to Defendant Rardin's Motion to Strike, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia;

ORDERED, that Defendant Rardin's Motion to Strike be and the same is hereby **DENIED**.

_____
Deborah A. Robinson
United States Magistrate Judge