IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTOINETTE M. PARKER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:05 CV 1782-EGS |
| ) | |
| GEORGE E. HOLLAND, *et al.* ) | |
| ) | |
| Defendants. ) | |

## PRAECIPE OF DISMISSAL

THE CLERK OF THE COURT please enter this matter as settled and dismissed with prejudice as to all claims by all parties with each part to bear its own costs.

Dated: October 15, 2007.

Respectfully Submitted,

| | |
|---|---|
| **BONNER KIERNAN TREBACH & CROCIATA, LLP** | **THOMAS V. MIKE MILLER, JR., P.A.** |
| /s/ *D'Ana E. Johnson* | /s/ *John P. Valente, III* |
| D'Ana E. Johnson, Esquire (#927913) | John P. Valente, III, Esquire |
| 1233 20th Street, NW, Eighth Floor | Federal Bar #: 22233 |
| Washington, DC 20036 | 8808 Old Branch Avenue |
| Telephone 202-712-7000 | Clinton, Maryland 20735 |
| **Counsel for Defendants** | Telephone 301-856-3030 |
| | **Counsel for Plaintiff** |

167123-1

180234-1